```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE F03-0040--CV (RRB)
                  "HAZEL L. CRAWFORD V USA"

      Including terminated parties, excluding terminated counsel


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 12/02/03
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (360) Other personal injury

            Origin: (1) Original Proceeding
            Demand: 250,000
        Filing fee: Paid $150.00 on 12/02/03 receipt # 40100740
          Trial by: Court


Parties of Record:                          Counsel of Record:
_____

PLF 1.1       CRAWFORD, HAZEL L.            Tim Cook
                                            Cook & Associates
                                            3901 Taiga Drive
                                            Anchorage, AK 99516
                                            907-336-5291
                                            FAX 907-336-5292

DEF 1.1       UNITED STATES OF AMERICA      Susan J. Lindquist
                                            U.S. Attorney's Office
                                            222 W. 7th Avenue, #9
                                            Anchorage, AK 99513-7567
                                            907-271-5071
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE F03-0040--CV (RRB)
                                "HAZEL L. CRAWFORD V USA"

                                    For all filing dates
```

```
  Presiding Judge:   The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 12/02/03
           Closed: NO

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (360) Other personal injury

           Origin: (1) Original Proceeding
           Demand: 250,000
       Filing fee: Paid $150.00 on 12/02/03 receipt # 40100740
         Trial by: Court
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 12/02/03 | Complaint filed; Summons issued. |
| 2 - 1 | 02/06/04 | RRB Minute Order that plf is required to take action as to failure to serve. Plf to file proofs of service on those defs already served. cc: cnsl |
| 3 - 1 | 02/26/04 | RRB Minute Order that plf is required to take action as to Dismissal for failure to serve (Warning). Any as to whom Proofs of Service is not on file by 120 days from filing the complaint will be dismissed. cc: cnsl |
| 3A- 1 | 03/26/04 | PLF 1 Letter to the court and Return of Service Executed 3/1/04 on US Air Force. |
| 4 - 1 | 03/30/04 | PLF 1 Letter to the court and Return of Service Executed re: Timothy M. Burgess served on 03/08/04; John Ashcroft served 03/09/04; No green card U.S. Air Force, USPS notice of service 03/09/04. |
| 4 - 2 | 03/30/04 | PLF 1 motion for extension of time to receive and file green card for proof of service on defedant U. S. Air Force. |
| 5 - 1 | 03/30/04 | PLF 1 motion for extension of time to serve summons. |
| 6 - 1 | 04/19/04 | RRB Order directing plaintiff to provide service by May 1, 2004, and file return of service to the court. cc: cnsl, w/PS12 & pro se handbook |
| 7 - 1 | 04/19/04 | PLF 1 Return of Service Executed via US Certified Mail Return Receipt for US Attorney on 3/26/04; Attorney General for the U.S. on 3/31/04; and a U.S. Postal Service Mail Loss Report & Track/Confirm Sheet indicating service on the U.S. Air Force on 3/31/04. |
| 8 - 1 | 04/22/04 | PLF 1 Return of Service Executed on Jame Roche, Commissioner USAF via certified mail, return rec 7002100000509701167 signed on 05/05/04. |
| 9 - 1 | 05/10/04 | DEF 1 Stipulation to substitute defendant. |
| 10 - 1 | 05/10/04 | DEF 1 Answer to Complaint. |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE F03-0040--CV (RRB)
                           "HAZEL L. CRAWFORD V USA"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 11 - 1 | 05/11/04 | RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this order. cc: cnsl |
| 12 - 1 | 05/11/04 | RRB Order granting stipulation to substitute United States of America for defendant United States Air Force (9-1).  cc: cnsl |
| 13 - 1 | 05/26/04 | PLF 1; DEF 1 16(b) report. |
| 14 - 1 | 06/15/04 | RRB Scheduling and Planning Order setting pretrial deadlines: Original discovery 04/22/05; Dispositive motions deadline 05/20/05; Estimate of trial 3 days; TBC. cc: cnsl |
| 15 - 1 | 06/17/04 | PLF 1 Witness List. |
| 16 - 1 | 06/30/04 | PLF 1 Errata to wit list. |
| 17 - 1 | 02/04/05 | PLF 1 Attorney Appearance by Tim Cook. |
| 18 - 1 | 03/15/05 | DEF 1 Final Witness List. |
| 19 - 1 | 03/21/05 | PLF 1 motion to accept late filed witness list w lodged list attached. |
| 20 - 1 | 03/30/05 | PLF 1; DEF 1 Joint Motion to Extend Case Deadlines. |
| 21 - 1 | 03/31/05 | AHB Order granting motion (Joint) to Extend Case Deadlines (20-1) & setting the following dates: Discovery to close 10/20/05; Dispositive motions deadline 11/16/05. Motion to accept late filed witness list at dkt 20 is Moot; the witness list is deemed filed.   cc: cnsl |