FILED

DEC 2 0 2005

UNITED STATES DISTRICT
DISTRICT OF ALASKA
By _____

TIM COOK
ATTORNEY AT LAW
3901 TAIGA DRIVE
ANCHORAGE, ALASKA 99516
(907) 336-5291
(907) 336-5291 FAX

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

HAZEL CRAWFORD,

        Plaintiff,

v.

UNITED STATES OF AMERICA

        Defendant.

Case No. F03-0040CV(RRB)

**UNOPPOSED MOTION TO EXTEND TIME**

**TO OPPOSE DEFENDANTS MOTION FOR PARTIAL SUMMARY JUDGMENT**

COMES NOW HAZEL CRAWFORD, by and through her attorney of record Tim Cook, and makes this unopposed motion to extend the time to file <u>Plaintiff's Opposition to the Defendant's Motion For Partial Summary Judgment</u> until January 13, 2006.

This request is as a result of the illness of Plaintiff's attorney, travel, and the press of other business. Plaintiff has conferred via e-mail with Defendant's counsel who has graciously offered that we should take "as much time as we

Scanned + faxed 12-20-05

need." Plaintiff does not want to delay the proceeding unduely, but believes that given the circumstances an extension until January 13, 2006 to file its Opposition would be appropriate.

Respectfully submitted: __/2-/9___/2005

_____
Tim Cook, 9007048
Attorney For Hazel Crawford


**Certificate of Service**
I certify that a true and correct copy of this document was mailed on _____ to:

Susan Lindquist, Assistant U.S. Attorney
Federal Building
2222 West 8th Ave. # 9, Room 253
Anchorage, Alaska 99513

___/2·/9_____/___/2005

Crawford v. United States
F03-0040 CV (RRB)