FILED

DEC 2 8 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

By_____
Deputy

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

HAZEL CRAWFORD,

    Plaintiff,

    v.

UNITED STATES OF AMERICA

    Defendant.

Case No. F03-0040CV(RRB)

## ORDER EXTENDING TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Having considered the Plaintiff's unopposed Motion To Extend the Time to File Plaintiff's Opposition to the Defendant's Motion For Partial Summary Judgment, the motion is **GRANTED**.

Plaintiff's time to file its Opposition to Defendant's Motion for Partial Summary Judgment is extended until January 13, 2006.

Dated: 12/27/05

Judge RALPH R. BEISTLINE
U.S. DISTRICT COURT

Submitted by Tim Cook, Attorney for Plaintiff

Crawford v. United States
F03-0040 CV (RRB)

Page 1 of 1

F03-0040--CV (RRB)
_____
S. LINDQUIST (US-ATTY)
T. COOK   12/28/05

24