TIMOTHY M. BURGESS
United States Attorney

SUSAN LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
(907) 271-5071

FILED
U.S. DISTRICT COURT
DISTRICT OF ALASKA

2004 MAY 10 PM 1:43

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HAZEL CRAWFORD,<br><br>         Plaintiff,<br><br>   v.<br><br>UNITED STATES AIR FORCE<br><br>         Defendant. | Case No. F03-0040CV(RRB)<br><br>**UNITED STATES' ANSWER** |

Defendant United States of America, through counsel, answers the complaint according to the numbered paragraphs.

1. Admit.

2. Admit.

3. Admit.

4. Admit that Eielson Air Force Base is in Alaska. Deny all other allegations.

5. Admit.

6. Deny all allegations of this paragraph.

7. Deny all allegations of this paragraph.

8. Deny all allegations of this paragraph.

9. Deny all allegations of this paragraph.

Exhibit A
Page 1 of 3

**SCANNED**

RECEIVED
JAN 1 3 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

10. Deny all allegations of this paragraph.

11. Admit that a claim was made for $2,5000,000. Deny that a claim was made for $250,000.

12. Admit.

Wherefore, the United States prays that the court deny her the relief she requests and grant the government its costs of litigation.

## DEFENSES

1. The Plaintiff has failed to state a claim for which relief may be granted.

2. The Plaintiff named the wrong entity. Only the United States is the proper Defendant under the Federal Tort Claims Act.

3. The United States violated no actionable duty owed to the Plaintiff.

4. The injuries and/or damages alleged in the Complaint were not proximately caused by a negligent or wrongful act or omission of an employee of the United States acting within the scope of his or her employment.

5. The Plaintiff's recovery, if any, must be proportionally reduced by the degree of her comparative negligence.

6. The Plaintiff's recovery, if any, should be restricted to damages allowable by Alaska statutory and/or common law.

7. The government has not waived sovereign immunity for attorney fees, pre-judgment interest, or a jury trial. 28

U.S.C. §§ 2402, 2674, 2678

8. All other defenses not herein stated are specifically reserved, and shall be asserted at such time as the facts supporting their assertion are made known to, or discovered by, the Defendant.

Respectfully submitted, on May 10, 2004.

TIMOTHY M. BURGESS
United States Attorney

SUSAN LINDQUIST
Assistant U.S. Attorney

I declare under penalty of perjury that a true and correct copy of the foregoing Answer was sent to the following counsel via:

(X) U.S. Mail

Hazel L. Crawford
P.O. Box 3408
Valdez, Alaska 99696

Executed at Anchorage, Alaska, on May 10, 2004.

Office of the U.S. Attorney

Exhibit A
Page 3 of 3