DEBORAH M. SMITH
Acting United States Attorney

SUSAN LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HAZEL CRAWFORD,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>    Defendant. | Case No. 4:03-cv-40-RRB<br><br>**UNITED STATES' MOTION FOR LEAVE OF COURT TO ADD ADDITIONAL FACTUAL INFORMATION TO THE REPLY BRIEF AT EX. F**<br>*Filed on shortened time* |

Defendant, United States of America, through counsel, moves for leave of Court, pursuant to Local Rule 7.1(h)(2)[A], to add additional factual material to its Reply to Opposition to its Motion for Partial Summary Judgment at Docket 26. The Motion was filed on December 1, 2005 and the additional factual information was not received until December 15, 2005.  In her Opposition, Ms. Crawford raised issues about violation of codes made for the benefit of handicapped

individuals.  The government did not discuss specific code violations in its Motion and therefore did not argue that Ms. Crawford is not handicapped.  The additional information in Ex. F. proves that at the time of her fall Ms. Crawford was not handicapped.  In its Reply, the government alleges that able bodied individuals do not have standing to allege violations of codes designed to benefit handicapped individuals.  An order has been submitted for the Court's use.

        Respectfully submitted, on January 23, 2006.

    DEBORAH M. SMITH
Acting United States Attorney

s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2006,
a copy of the foregoing **UNITED STATES' MOTION FOR LEAVE OF COURT TO ADD ADDITIONAL FACTUAL INFORMATION TO THE REPLY BRIEF AT EX. F** was served electronically on Tim Cook.

s/ Susan J. Lindquist