TIM COOK
ATTORNEY AT LAW
3901 TAIGA DRIVE
ANCHORAGE, ALASKA 99516
(907) 336-5291
(907) 336-5292 FAX

2005 FEB 14 AM 9: 41

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

HAZEL CRAWFORD,

        Plaintiff,

v.

UNITED STATES OF AMERICA

        Defendant.

Case No. F03-0040CV(RRB)

PLAINTIFF'S ANSWERS TO UNITED STATES' SECOND DISCOVERY REQUEST TO HAZEL CRAWFORD

*Tim Cook*
*Attorney At Law*
*3901 Taiga Drive, Anchorage, Alaska 99516*
*Tele. (907) 336-LAW1 (5291) Fax: (907) 336-5292*

      The United States of America, through counsel, hereby presents the following discovery requests to plaintiff pursuant to the Fed.R.Civ.P. 26, 33 and 34, to be responded to within thirty (30) days of service hereof. All responses must be supplemented when additional information is discovered, developed, or available. You may write the answer into the space provided.

### INTERROGATORIES

      INTERROGATORY NO. 5: Please revisit Interrogatory 5, now that you have been provided a copy of Rhonda Moore's statement, and answer it. The question was as follows: "You have a written statement made by Rhonda Moore. Please state every fact in

Answers To United States 2nd Discovery Request
Crawford v. United States
F03-0040 CV (RRB)

Exhibit __F__

the statement with which you disagree and state why you disagree with it."

ANSWER:

I did not fall off of a curve. I fell when I stepped down from a curb. I believe I said I heard the concrete crumble under my foot as I stepped down from the curb.

INTERROGATORY NO. 10: Please describe any physical condition that existed on the day of your fall that you believe qualified you as a person with a handicap.

ANSWER:   None.

INTERROGATORY NO. 11:   For the conditions stated in the answer to Interrogatory 10, please state all exams, observations, by any professions or non-professions on which you will rely to prove the handicap, stating the persons name and telephone number, their professional status and the facts upon which they relied for their determination, if known.

ANSWER:   See answer to Interrogatory 10

INTERROGATORY NO. 12: Please describe any falls you have experienced in the 10 years before the fall at issue in this lawsuit, and since then, describing briefly the facts surrounding the fall (weather conditions, whether the fall was on stairs, natural earth, ice or snow, water, pavement type, etc.)

ANSWER:   Slipped on ice on stairs in 1992 or 1993.

Answers To United States 2nd Discovery Request
Crawford v. United States
F03-0040 CV (RRB)

Page 2 of 7

*Tim Cook*
*Attorney At Law*
3901 Taiga Drive, Anchorage, Alaska 99516
Tele. (907) 336-LAW1 (5291) Fax: (907) 336-5292