IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HAZEL CRAWFORD,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>  Defendant. | Case No. 4:03-cv-40-RRB<br>**ORDER: RE UNITED STATES' MOTION FOR LEAVE OF COURT TO ADD ADDITIONAL FACTUAL INFORMATION TO THE REPLY BRIEF AT EX. F** |

The Defendant, United States of America, through counsel, moved for leave of Court, pursuant to Local Rule 7.1(h)(2)[A], to add additional factual material, labeled as Ex. F., to its Reply to Opposition to its Motion for Partial Summary Judgment at Docket 26. The Motion is well taken and leave is granted to submit Ex. F.


Date: _____              _____
                                  Ralph R. Beistline
                                  United States District Judge