UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

HAZEL CRAWFORD   v.   USA

DATE:   January 31, 2006        CASE NO.    4:03-CV-0040-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
REGARDING RECONSIDERATION**

---

The Court is in receipt of Plaintiff's Motion for Reconsideration (Docket 31). Pursuant to D. Ak. LR 59.1(d), Defendant has until the close of business on **February 17, 2006**, in which to file a response to Plaintiff's motion, after which the Court will take the matter under advisement.

ORDER REGARDING RECONSIDERATION