Tim Cook
3901 Taiga Drive
Anchorage, Alaska 99516
(907) 336-5291
(907) 336-5292 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HAZEL CRAWFORD,                )<br>                                                )<br>         Plaintiff,         )<br>                                                )<br>    v.                                    )<br>                                                )<br>UNITED STATES OF AMERICA, )<br>                                                )<br>         Defendant.        )<br>_____ ) | Case No. F03-0040CV(RRB) |

PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION

TO MOTION FOR RECONSIDERATION

The defendant seems to miss the entire point of plaintiff's motion for reconsideration: that there are genuine facts in controversy regarding not whether the building was modified, but that the parking area, sidewalks and curbs were modified.  More importantly <u>when</u>, by <u>whom</u>, and to <u>what</u> extent was the parking lot, sidewalks, and curbs modified.

The court in its order quotes the defendant that the "parking lots and sidewalks were designed and built by independent contractors. Since its substantial completion in 1987, the government has not altered <u>the building or structure</u>…" (emphasis added).  Plaintiff has not asserted that the building was

Crawford v. U.S.                                                                                              Page 1 of 3
Case No. F03-0040CV(RRB)
Plaintiff's Reply to Def. Opposition to Mtn. for Reconsideration

altered. The Plaintiff was injured when she stepped off the sidewalk /curb into the parking area. This is exactly the area that was modified.

Plaintiff has brought forward proof, and the defendant has admitted that these areas were modified subsequent to the original construction. As result, there are genuine issues of fact regarding not just how extensive the modifications were, but <u>when</u> were the modifications made, <u>who</u> designed and constructed those modification, and <u>what</u> design standards were in effect at the time the modifications were made. Without knowing the answer to these questions, the court can not determine whether the modifications were designed and built by independent contractors, when the statute of repose began to run, or what design standards were required to be adhered to.

All of the evidence regarding when, what criteria, and who constructed the modifications resides with the defendant.  Plaintiff has requested discovery from defendant regarding the modifications. Defendant has indicated that these records either do not exist or can not be located.  Whatever excuse defendant offers for not providing the records, the bottom line is that the defendant is the only entity that has the ability to produce those records.

Plaintiff has presented the court with the evidence from its expert witness stating that the parking lot, sidewalks, and curb do not conform to the "as built" drawing from when this was originally constructed. As a result he concludes that this area has been modified subsequent to the original construction. He can not ascertain when or the exact extent of the

Crawford v. U.S.                                                                                               Page 2 of  3
Case No. F03-0040CV(RRB)
Plaintiff's Reply to Def. Opposition to Mtn. for Reconsideration

modification, unless the defendant produces the records of the subsequent modifications.

The Courts order basing the grant of the Summary Judgment on the fact that the building has not been altered is in error. The issue is that the parking area, sidewalk, and curb. This is where Hazel Crawford was injured, and this is the area that has been altered. There are material facts in controversy regarding the modifications to the parking areas, sidewalks and curbs.

Therefore, Plaintiff respectfully requests that the court reconsider its order granting the defendant's motion for partial summary judgment, and deny the motion.

Respectfully submitted:   s/s Tim Cook 9007048

Certificate of Service
This document was filed via the courts CM/ECF electronic filing system.

Crawford v. U.S.                                                                                                          Page 3 of 3
Case No. F03-0040CV(RRB)
Plaintiff's Reply to Def. Opposition to Mtn. for Reconsideration