UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF ALASKA


             HAZEL CRAWFORD   v.   USA

DATE:    February 22, 2006     CASE NO.   4:03-CV-0040-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **DENYING MOTION FOR RECONSIDERATION**

---

        Plaintiff's Motion for Reconsideration at Docket 31 is hereby **DENIED** for the reasons previously articulated.  As an aside, a party is not entitled, under the local rules, to file a reply to an opposition to reconsideration unless requested to do so by the Court.

M.O. DENYING MOTION FOR RECONSIDERATION