DEBORAH M. SMITH
Acting United States Attorney

SUSAN LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HAZEL CRAWFORD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA<br><br>　　　　Defendant. | Case No. 4:03-cv-40-RRB<br><br>**UNITED STATES' MOTION FOR AN EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS ON THE REMAINING ISSUES** |

　　　Defendant, United States, through counsel, moves for an extension of time to file an additional motion on the remaining issues for trial.  Plaintiff's counsel opposes this motion.  The remaining legal issue is whether the Defendant had the duty to warn Ms. Crawford about the curb and whether the government maintained the curb area.  Given the Court's recent order, these topics appear more amendable for resolution on motion.  Because of an appellate brief due on March 25, 2006,

counsel expects she can file her motion by April 7, 2006.

                                        DEBORAH M. SMITH
                                        Acting United States Attorney

                                        s/ Susan J. Lindquist
                                        Assistant U. S. Attorney
                                        222 West 7th Ave., #9, Rm. 253
                                        Anchorage, AK 99513-7567
                                        Phone: (907) 271-3378
                                        Fax: (907) 271-2344
                                        E-mail: susan.lindquist@usdoj.gov
                                        AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2006,
a copy of the foregoing **UNITED STATES'
MOTION FOR AN EXTENSION
OF TIME TO FILE DISPOSITIVE MOTIONS
ON THE REMAINING ISSUES**  was served
electronically on Tim Cook.

s/ Susan J. Lindquist