IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

HAZEL CRAWFORD,

       Plaintiff,

   v.

UNITED STATES OF AMERICA,

       Defendant.

Case No. 4:03-cv-40-RRB

**[PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS ON THE REMAINING ISSUES**

Based upon the Extension of Time to file dispositive motions on the remaining issues filed in this matter, and sufficient reason being shown, it is ordered that the Defendant will have until April 7, 2006, to file its dispositive motions.

_____
     (DATE)

_____
RALPH R. BEISTLINE
United States District Court Judge