DEBORAH M. SMITH
Acting United States Attorney

SUSAN LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HAZEL CRAWFORD,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA<br><br>　　　Defendant. | Case No. 4:03-cv-40-RRB<br><br>**UNITED STATES' SECOND MOTION FOR AN EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS ON THE REMAINING ISSUES** |

　　　Defendant, United States, through counsel, moves for an extension of time until April 12, 2006, to file an additional motion on the remaining issues for trial. Plaintiff's counsel verbally opposed a prior motion asking for an extension until April 7, 2006, but he did not file a written objection in Court.  Counsel assumes he would also object to the additional three days she is requesting.  No order has issued granting leave to file the motion out of time.  The remaining legal issue is

whether the Defendant had the duty to warn Ms. Crawford about the curb and whether the government maintained the curb area.  Given the Court's recent order, these topics appear more amendable for resolution on motion.  Counsel represented that the motion would be filed by April 7, 2006, but she was unable to complete it.  Counsel moves for an additional three days, which is April 12, 2006.

DEBORAH M. SMITH
Acting United States Attorney

s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2006, a copy of the foregoing **UNITED STATES' SECOND MOTION FOR AN EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS ON THE REMAINING ISSUES** was served electronically on Tim Cook.

s/ Susan J. Lindquist