IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HAZEL CRAWFORD,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 4:03-cv-40-RRB<br><br>[~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS ON THE REMAINING ISSUES |

Based upon the government's Motion for Extension of Time to file dispositive motions on the remaining issues filed in this matter, and sufficient reason being shown, it is ordered that the Defendant will have until April 12, 2006, to file its dispositive motions.

\_\_4/7/06_____
(DATE)                                   RALPH R. BEISTLINE
                                         United States District Court Judge