TABLE OF CONTENTS

Exhibit A.    Answers to United States' First Discovery Request to Hazel Crawford

Exhibit B.    Photograph of circled area of curb where Ms. Crawford fell

Exhibit C.    United States' Response to Plaintiff's First Request for Discovery

Exhibit D.    Denise Langley's Declaration regarding location of repairs and her duty as facilities manager

Exhibit E.    Jeff Putnam's Declaration regarding no notice of need for repair

Exhibit F.    Thomas Klenck, How It Works: Concrete, Popular Mechanics (May 1, 2000), http://www.popularmechanics.com/home_improvement/how_it_works/1275111.html

Exhibit G.    Karen D. Hamel, Wipe Out Slips, Trips, and Falls, Occupational Health & Safety (2006), http://www.stevenspublishing.com/stevens/ohspub.nsf