TIM COOK
ATTORNEY AT LAW
3901 TAIGA DRIVE
ANCHORAGE, ALASKA 99516                **2005** FEB 23  AM 10 00
(907) 336-5291
(907) 336-5291 FAX


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


HAZEL CRAWFORD,

                             Case No.F03-0040CV(RRB)

        Plaintiff,

    v.

UNITED STATES OF AMERICA

        Defendant.

---

### ANSWERS TO UNITED STATES'
### FIRST DISCOVERY REQUEST TO HAZEL CRAWFORD

COMES NOW Hazel Crawford, by and through counsel, Tim Cook, andhereby presents the following answers to the United States' First Discovery Requests:

**INTERROGATORIES**:

1.    Please describe everything you were holding, including the size and the approximate weight, and what you were doing when you exited the Base Exchange (BX) until you fell. For example, did you carry a purse - how heavy? Did you carry

1

EXHIBIT A

*Tim Cook*
*Attorney at Law*
*3901 Taiga Drive, Anchorage, Alaska 99516*
*Tele. (907) 336-LAW1 (5291)  fax (907) 336-5292*



any shopping bags? Did you carry any boxes? Were you talking with anyone?

Were you smoking?

Answer:

After I exited the BX, I was walking to my vehicle. I was not carrying a purse, nor was I

carrying any boxes. I was holding one bag, it weighed approximately 10 lbs. I was not

talking to anyone, but I had said good morning to another patron entering the BX. I was

not smoking.

2.    Please describe the shoes you were wearing on the day you fell. Please state the

name, style and describe the heel.

Answer:

The shoes were made by Bass. They were a low heel walking shoe.

3.    Please describe the path you took from the exit of the BX until the spot where you

fell? For example did you walk over grass?

Answer:

I exited the BX, walked down the ramp, and onto the sidewalk. I turned toward the

parking lot. I did not walk over the grass.

*Tim Cook*
*Attorney at Law*
3901 Taiga Drive, Anchorage, Alaska 99516
Tele. (907) 336-LAW1 (5291)   fax (907) 336-5292

2

4.    Was the day you fell the first time you stepped off the curb in that general vicinity? If not, please describe the number of other occasions and give a time frame for the other occasions?

Answer:

This was the first time that I had stepped off the curb in this area.

5.    You have a written statement made by Rhonda Moore. Please state every fact in the statement with which you disagree and state why you disagree with it.

Answer:

I do not have a copy of this statement.

6.    Please list all past medical bills and bills for transportation to seek medical care. For each bill, please state the amount you paid out of pocket and the amount covered by any other source. Please state the source. You can group the services and give a total for each provider.

Answer:

These records are incomplete and unavailable at this time. Copies of medical records and medical releases have been previously forwarded to your office.

7.    Please describe any vision problems you may have had within five years before the fall. For example, do you wear glasses or bifocals? Why do you wear glasses or

Tim Cook
Attorney at Law
3901 Taiga Drive, Anchorage, Alaska 99516
Tele. (907) 336-LAW1 (5291)   fax (907) 336-5292

3

bifocals (for example to see distances or up close)?

Answer:

I wore glasses for distance vision when driving.

8.  Please describe the weather conditions outside at the time of your fall. For example, was it wet, dry, windy, calm, sunny, dark, bright or some other condition? What was the condition of the ground surfaces outside, for example, the sidewalk, the grass, the curb?

Answer:

The weather was sunny and cool, with a moderate wind. The sidewalk was clear of snow and it was dry.

9.  Please describe what the curb looked like before and after the fall. For example, did the curb have chips on it, was it off colored, was it rougher that surrounding cement. After you fall, how did the appearance of the curb change?

Answer:

I did not notice any unusual appearance of the sidewalk prior to my fall. After my fall I looked more carefully at the area and saw that there were cracks, chips, and pock marked areas in the sidewalk and curb.

Tim Cook
Attorney at Law
3901 Taiga Drive, Anchorage, Alaska 99516
Tele. (907) 336-LAW1 (5291)  fax (907) 336-5292

4

**REQUESTS FOR ADMISSION:**

1.  Please admit that you are not asking for wages you were unable to earn in the past because of the foot injury you sustained, as damages in this case.

    Deny.

2.  Please admit that you are not asking for wages in the future that you may or may not loose on account of your foot injury.

    Deny.

3.  Please admit that immediately before your fall, you had no difficulty seeing the curb you fell from.

    Admit.

4.  Please admit that the spot of the curb you fell at did not show any outward sign of damage before you fell.

    Deny.

Tim Cook
Attorney at Law
3901 Taiga Drive, Anchorage, Alaska 99516
Tele. (907) 336-LAW1 (5291)  fax (907) 336-5292

5

**REQUESTS FOR PRODUCTION:**

1.  Please produce a picture of the shoes you were wearing on the day you fell. If the

    shoes are no longer available, please produce a picture from an advertisement or

    elsewhere of shoes that are similar.

Will provide if available.

## CERTIFICATION

Hazel Crawford, attests:

That she is the plaintiff to which the foregoing discovery requests were addressed; that she has read the above and foregoing responses thereto, knows the contents thereof, and believes the same to be true.

ALICE MacDONALD
Notary Public, State of Alaska
My Commission Expires 01/30/06

Hazel Crawford

Subscribed and sworn to before me this 15th day of February, ~~2003~~ 2005.

Notary Public in and for the state of Alaska, residing in Valdez AK

My Commission Expires: 11 30 06

## ATTORNEY CERTIFICATE

The undersigned attorney for Plaintiff Thomas W. Dunning has read the foregoing responses and declares that they are in Compliance with Civil Rule 36.

_____

Tim Cook, Ak Bar # 9007048

6

*Tim Cook*
*Attorney at Law*
*3901 Taiga Drive, Anchorage, Alaska 99516*
*Tele. (907) 336-LAW1 (5291)  fax (907) 336-5292*

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below a true and correct copy of this and underlying Documents were sent via
_US mail_____ to:

SUSAN LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567

Dated: _2_ /_22_ / 2005.                                                     By: _____

Tim Cook
Attorney at Law
3901 Taiga Drive, Anchorage, Alaska 99516
Tele. (907) 336-LAW1 (5291)  fax (907) 336-5292