

Curb in front of Wing CC parking slot



View of ramp and parking slots from the door through which the claimant exited the BX

USAF 00005

EXHIBIT B