16:25 FAX 7036969000   AFLSAJACT   ☑002/002
/2005 10:15   9073722...   EIELSON MS   PAGE 02

## DECLARATION

I, Denice Langley, declare as follows:

That I am the current assistant facility manager for the Base Exchange at Eielson Air Force Base, Alaska. That from on or about September 2000 – June 2002, I was an assistant facility manager at the Eielson Base Exchange. As an assistant facility manager, one of my responsibilities was to send requests for repair and maintenance to 354th Civil Engineering Squadron, Eielson Air Force Base, Alaska. I have reviewed the two work orders (AF Form 332s) dated April 11, 2002 and June 3, 2002 for repairs of steps and the sidewalk in front of the Base Exchange. I am also personally familiar with the location of the incident involving Ms. Hazel Crawford on September 6, 2000 since I was working at the facility at that time. The location of the repairs reflected by the work orders was different from the location where Ms. Crawford alleges her injury occurred.

I have read the United States' answer to Plaintiffs' Interrogatories 8-11 and Request for Production 4 and Request for Admission 11 to Defendant United States of America, and the matters stated herein are true to the best of my information and belief, based upon firsthand knowledge and official information from various claims sources within the Air Force. To the best of my information and belief, the factual information contained in the United States' response is true and correct.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on the __17th__ day of June 2005, at Eielson Air Force Base, Alaska.

*Denice C. Langley*
DENICE LANGLEY
Eielson Base Exchange, Asst Facility Manager
Eielson Air Force Base, Alaska

USAF 000593

EXHIBIT D