DECLARATION

I, Jeffrey B. Putnam, declare under penalty of perjury, that the following is true:

1. I am the Deputy Base Civil Engineer for the 354th Civil Engineer Squadron at Eielson Air Force Base, Alaska.

2. I am familiar with the location where Ms. Crawford fell as I have inspected it.

3. When Facility Managers want repair or maintenance work, they submit a request and a work order is generated. I have reviewed the past work orders to assist with discovery in this case. There are no work orders in existence for the parking lot curbs in the area where Ms. Crawford fell.

4. I have been at the base since Apr 2001 and I am not aware that any repair was requested or that any repair was done on the curbs in the area where Ms. Crawford fell.

Date: 10 Apr 2006

Jeffrey B. Putnam, GS-13, P.E.
Deputy Base Civil Engineer
354th Civil Engineer Squadron
Eielson Air Force Base, AK

Declarations have the same legal force as affidavits. 28 U.S.C. § 1746

EXHIBIT E