# LEAD CAN POISON YOU!

## Occupational Health & Safety
*Current.    Comprehensive.    Complete.*

### Feature Article

**Wipe Out Slips, Trips, and Falls**
*Even specifically designated "slip-resistant" footwear will wear out over time, making it a potential slip hazard.*
by Karen D. Hamel



Slips, trips, and falls to the same level are a leading cause of workplace injury and death. According to the National Safety Council, more than 300,000 injuries and 1,500 deaths each year result from slip, trip, and fall accidents. The average cost for each accident is about $6,700 in lost compensation and medical costs.

Preventing these injuries and deaths doesn't have to be difficult. Evaluation of walking areas, coupled with diligent housekeeping and training, will help keep everyone on their feet.

**Causes of Slips, Trips, and Falls**
*Slips* are the result of a loss of friction between a person's footwear and the walking surface. The most common causes are wearing inappropriate footwear for the environment and wet and/or slippery surfaces.

With the myriads of floor surfaces available, from highly polished marble entranceways to heavy duty, grit-impregnated polymer coatings used to coat floors prone to slippery overspray, people are likely to experience a variety of walking surfaces throughout the day. Duties also vary. Where an office worker may be able to wear leather-soled dress shoes, line workers may require steel-toed boots with specially formulated, slip-resistant soles. No single shoe or boot will fit all situations. Plus, even specifically designated "slip-resistant" footwear will wear out over time, making it a potential slip hazard.

Normally safe floor surfaces can become hazardous when anything--liquid or solid--is spilled or sprayed on them; or when water, salt, or dirt is tracked into the building as a result of adverse weather conditions.
Sugar spilled onto a hardwood floor at the coffee island can be as slippery to a person wearing high heels or shoes with smooth soles as an ice patch is to anyone walking on a sidewalk.

> *Sugar spilled onto a hardwood floor at the coffee island can be as slippery to a person wearing high heels or shoes with smooth soles as an ice patch is to anyone walking on a sidewalk.*

AltaVista
Babel Fish
To **translate this page**, click a flag!

Print this Page

Click here to email this page to a friend.

EXHIBIT G

*Trips* occur when a person's foot strikes an obstacle in a walkway. The obstacle could be uneven pavement or flooring tiles; or it could be an object, such as the corner of a box or cart that wasn't tucked back into its storage area, a broom handle, loose packaging materials, or a tool that wasn't put back into the toolbox after use.

People tend to trip because they are diverted from the task of walking. They could be carrying something that obstructs their view, talking to someone else, or just daydreaming. New, unfamiliar footwear--especially shoes with thick or heavy soles--also can cause a person to trip or stumble.

Regular floor maintenance and housekeeping are key components in helping prevent trip hazards. Uneven flooring should be well marked and replaced or repaired as soon as possible. Housekeeping procedures can be incorporated into safety training so that all employees are aware of common hazards.

Falls to the same level are a result of either a slip or trip and occur when a person loses his center of gravity. By minimizing slip and trip hazards, falls should likewise decrease.

**Identifying and Fixing Problem Areas**
OSHA requires employers to keep work areas clean and safe: "The floor of every workroom shall be maintained in a clean and, so far as possible, a dry condition. Where wet processes are used, drainage shall be maintained, and false floors, platforms, mats, or other dry standing places should be provided where practicable." (29 CFR 1910.22(a)(2).) But before employees can be expected to buy into "another safety program," steps need to be taken to minimize any known hazards.

**The Facility Walk-Through**
Take a walk through the entire facility, starting in parking areas. Is the pavement in the parking lot mostly level? Are sidewalks even? Is concrete brushed to help minimize slipping? Where practical, mark tripping hazards with brightly colored paint to make them more visible. Consider having uneven surfaces ground, texturized, or re-paved to make them level and less slip-and trip-prone.

Are entrance mats used inside and outside of all entrances? Not only do entrance mats help cut down on the amount of dirt dragged into a building, but good matting also helps absorb rainwater and snow that is tracked in, helping to keep floors dry and safer. A general rule for entrance matting is that it should be long enough for someone to take three to four steps on it before stepping off the mat. Make sure the matting is in good condition with no curling at the edges. Check the backing to make sure it securely hugs the floor and doesn't bunch up when doors are opened or people walk across it.

> *Consider having uneven surfaces ground, texturized, or re-paved to make them level and less slip-and trip-prone.*

Common areas, such as washrooms, cafeterias, coffee bars, and breakrooms, should also be inspected for floor safety. Are paper towels and cleanup materials readily available for small food or drink spills? Are trashcans large enough to accommodate waste volumes? Are these areas maintained or inspected on a regular basis? Are the cleaners used to clean the floors in these areas specifically formulated to keep that particular flooring safe and non-slip? A floor cleaner that works great on concrete may make a linoleum floor slippery, or vice versa. Check with suppliers or janitorial service contractors to make sure the correct products are being used for each type of flooring in the facility.

Ads by Google

**Safety Issue Tracking Log**

Simple, elegant, easy-to-use affordable online safety tracking

www.pcapps.com/Default _Safety.aspx

Advertise on this site