Storage areas are other common spaces that often go unchecked. Is there adequate storage space to accommodate all of the goods in that area, or are items routinely left on the floor or in aisle ways? Re-arranging shelving or designating more space for storage, when possible, will help prevent trips in these areas.

During the facility walk-through, note the lighting conditions in all areas. Dim lighting in hallways or work areas can hide spills or uneven surfaces and contribute to slip-and-fall injuries. Additional lighting or higher-voltage bulbs can help correct these situations.

In work areas, are floors generally wet or dry? Process overspray and leaky machinery can cause aisle ways and work areas to become very slippery. Non-slip floor paints, grease-resistant rubber matting that raises workers off the floor surface, and absorbents can be used to help keep walking surfaces safer. If absorbents are used, consider replacing loose absorbents, such as clay, with mats or socks. Loose absorbents are labor intensive and, when left on the floor throughout the day, get tracked to other areas--carrying liquids with them that can be re-deposited on otherwise clean floors, creating slip hazards in other areas.

**Checking Footwear**
After checking all physical areas of a facility, perform a footwear check. What kind of footwear are employees wearing? Has a policy been developed regarding floor safety and proper footwear for each area of the facility? When developing or modifying a footwear policy, consider safety for all employees. For example, if office workers routinely or occasionally pass through processing areas, high heels or leather-soled shoes may present a hazard.

For areas where slip hazards are routine, stock absorbents nearby to encourage quick clean up. In areas prone to spills--such as loading docks, fluid dispensing areas, and waste collection stations--stock barricades, absorbents, or spill kits to assist in fast spill response.

Consider creating a team consisting of members from all departments when developing or modifying floor care or footwear policies. Having input from people from different areas will help ensure all hazards are covered.

*A floor cleaner that works great on concrete may make a linoleum floor slippery, or vice versa.*

**Playing it Safe**
After problem areas have been identified and fixed and procedures have been developed, everyone needs to be trained. Show them pictures of common "problem areas" and teach them how to resolve problems.

- Take everyone on a tour of the facility and point out the locations of spill response materials, brooms, barricades, and any other tool that can be used to keep floors safe. Encourage everyone to identify and report hazards so they can be corrected.
- If the company works with a footwear supplier, ask the supplier if it is able to provide additional safety training. Good suppliers will be more than happy to oblige.
- Also consider having a chiropractor or other health care professional discuss the dynamics of falls. As funny as it may sound, many actually can teach people how to fall properly to minimize injury.
- Instruct employees to use carts when transporting large loads so they will have full view of walking surfaces. If this is not feasible, consider a buddy system so the person carrying the items can be alerted to slip, trip, and fall hazards.

- Allowing ample time in everyone's schedule for routine cleanup and maintenance will also help ensure areas stay clean and safe.

By taking the time to correct known hazards and training everyone to be aware of walking conditions, you can reduce slip-and-fall injuries significantly in all areas of a facility.

*Karen D. Hamel is a technical specialist for New Pig Corporation of Tipton, Pa. She is a graduate of the University of Pittsburgh and has more than 10 years of experience helping industrial customers find solutions to their environmental health & safety issues. She is a certified HAZWOPER technician who serves on her county's Local Emergency Planning Commission (LEPC). For information about New Pig, phone 800-HOT-HOGS or fax 800-621-PIGS.*

**LEAD CAN POISON YOU!**

Home | Features | News | Products | NEW Employment Forum | 2006 Catalogs
Discussion | Links | OHS Online ECard
Search | Subscribe | Free Newsletter | Free Product Info | Advertise | Contact Us

© Copyright 2006 Stevens Publishing Corporation
5151 Beltline Road, 10th Floor, Dallas, Texas 75254
Reproduction in whole or in part in any form or medium without express permission
of Stevens Publishing Corporation is prohibited.
Privacy Policy | Reprints
Contact the webmaster