TIMOTHY M. BURGESS
United States Attorney

SUSAN LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HAZEL CRAWFORD,<br><br>               Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>               Defendant. | Case No. F03-0040CV(RRB)<br><br>**UNITED STATES' RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR DISCOVERY** |

Pursuant to the Fed.R.Civ.P. 26, 33 and 34, the United States, through counsel, hereby responds to the plaintiff's First Discovery Requests as follows:

**Request for Admission 1:** Please admit that the design, construction, and alterations to the ramps, their landings, and nearest parking spaces on the accessible route to the entrance of the Eielson Base Exchange is required to comply with the Uniform Federal Accessibility Standards (UFAS), 49 FR 31528, unless proper authorization is granted for a waiver or modification pursuant to the Architectural Barriers Act of 1968, as amended, 42 U.S.C. 4154.

**Answer:** Defendant United States objects to this Request for Admission on the basis that it is not relevant to the issues in this case nor reasonably calculated to lead to the discovery of admissible evidence. Plaintiff, who was not disabled, allegedly injured her



Exhibit A
Page 1 of 3

**Request for Production: 3.** Please produce all regulations, guidelines or other documents that govern or guide the construction of sidewalks and curbage at Eielson AFB.

**Answer:** The United States objects to this Request for Production on the basis that it is vague, overly broad, and unduly burdensome. Without waiving said objections, <u>see</u> United States' Response to Request for Admission # 10. The government has found no codes adopted in 1985 which apply to sidewalks and curbs.

**Objection:** _Lindquist_

**Interrogatory: 8.** What oversight or supervision of sidewalk maintenance is made and by whom?

**Answer:** United States objects to this Interrogatory on the basis that it is vague and overly broad.

Without waiving said objections, the 354th Civil Engineering Squadron (354th CES), Pavements and Grounds Division, is the organization on Eielson AFB with general responsibility and oversight of repair of grounds, pavements, and sidewalks. 354th CES performs some minor repairs and maintenance but will usually contract out substantial repair work. Whenever 354th CES receives a request for repair or maintenance from facility managers on the installation, a work order is generated. The work order is reviewed, validated by 354th CES, and tracked through completion.

**Objection:** _Lindquist_

**Interrogatory: 9.** Who was responsible for maintenance of sidewalks at Eielson Air Force Base in 2000?

**Answer:** See United States' Answer to Interrogatory #8.

10

Exhibit A
Page 2 of 3

**Interrogatory: 10.** What guidelines are followed for maintenance of sidewalks at Eielson?

**Answer:** The United States objects to this Interrogatory on the basis that it is vague and overly broad.

Without waiving said objections, facility managers are appointed on base and they have primary responsibility for notifying 354 CES of any complaints or need for repair/maintenance at their facility. CES responds to requests by generating a work order. The work order is validated, assigned a priority, and tracked through its completion. CES also conducts periodic inspections of base facilities with the facility managers. See Facility Managers Handbook; Facility Manager Training slides, produced by e-mail

**Objection by:** _____

**Request for Production: 4.** Please produce all records of sidewalk maintenance for the years from 2000 to 2003.

**Answer:** The United States objects to this Request for Production on the basis that it is overly broad, vague, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence.

Without waiving these objections, the 354th CES has attached records of work orders for repair/maintenance of sidewalks located at the Eielson AFB Exchange during the responsive period. None of these work orders reflect any work orders opened for the location of Plaintiff's alleged injury.

Should the United States discover any additional records pertaining to maintenance of the curb, ramp, sidewalk at the Base Exchange, it will supplement this response accordingly.

**Objection:** _____

11

Exhibit A
Page 3 of 3