# BASE CIVIL ENGINEER WORK REQUEST
*(See Back of This Form Set For Instructions)*

Form Approved
OMB No. 0704-0188

## SECTION I - TO BE COMPLETED BY REQUESTER

| 1. FROM (Organization) | 2. OFFICE SYMBOL | 3. DATE OF REQUEST | 4. WORK REQUEST NO. (For BCE Use) |
|---|---|---|---|
| AAFES | 3310 | 3 June 2000 | D4173 |

| 5. NAME AND PHONE NO. OF REQUESTER | 6. REQUIRED COMPLETION DATE | 7. BUILDING, FACILITY OR STREET ADDRESS WHERE WORK IS TO BE ACCOMPLISHED |
|---|---|---|
| Denise Langley 377-4154 | ASAP | Building 3310 BX |

**8. DESCRIPTION OF WORK TO BE ACCOMPLISHED** (Include Sketch or Plan, when appropriate)

Please repair concrete steps in front of Base Exchange. Edges of steps are cracked.

**9. BRIEF JUSTIFICATION FOR WORK TO BE ACCOMPLISHED** (Not required for maintenance and repair)

**10. DONATED RESOURCES**

| FUNDS | LABOR | MATERIAL | CONTRACT BY REQUESTER | NONE |
|---|---|---|---|---|
| | | | | |

| 11. NAME OF REQUESTER | 12. GRADE OF REQUESTER | 13. SIGNATURE OF REQUESTER (See Instructions on Back) |
|---|---|---|
| Denise Langley | Assistant Manager | Denise C Langley |

**14. COORDINATION**

## SECTION II - FOR BASE CIVIL ENGINEER USE

**15. WORK ORDER** (Place an "X" in the appropriate box.)

| IN-SERVICE | SELF-HELP | CONTRACT | SABER |
|---|---|---|---|

**16. DIRECT SCHEDULED WORK** (Place an "X" in the appropriate box.)

| EMERGENCY | URGENT | ROUTINE | SELF-HELP | M/C |
|---|---|---|---|---|

**17. SELF-HELP** (Place an "X" in the appropriate box.)

| BRIEFING REQUIRED | ADEQUATE COORDINATION | INSPECTION REQUIRED |
|---|---|---|

## SECTION III - COMPLETE ONLY IF WORK IS TO BE ACCOMPLISHED BY WORK ORDER

| 18. WORK CLASS | 19. PRIORITY | 20. ESTIMATED HOURS | 21. ESTIMATED FUNDED COST | 22. ESTIMATED TOTAL COST |
|---|---|---|---|---|

| 23. THERE IS NO NEED FOR AN ENVIRONMENTAL ASSESSMENT (AFR 19-2) | 24. A WRITTEN ASSESSMENT IS BEING/HAS BEEN PROCESSED | 25. APPROVED | 26. DISAPPROVED |
|---|---|---|---|

**27. REMARKS**

## SECTION IV - APPROVING AUTHORITY

| 28. NAME AND GRADE (Please Type or Print) | 29. SIGNATURE | 30. DATE |
|---|---|---|

AF Form 332, JAN 91   PREVIOUS EDITION IS OBSOLETE   MASTER FILE COPY

USAF 000591

Exhibit C
Page 1 of 2

# BASE CIVIL ENGINEER WORK REQUEST
(See Back of This Form Set For Instructions)

Form Approved
OMB No. 0704-0188

Public reporting burden for this collection of information is estimated to average .5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to the Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project 0704-0188, Washington DC 20503. Please DO NOT RETURN your form to either of these addresses. Send your completed form to HQ AFESC/DEME.

## SECTION I - TO BE COMPLETED BY REQUESTER

| 1. FROM (Organization) | 2. OFFICE SYMBOL | 3. DATE OF REQUEST | 4. WORK REQUEST NO. (For BCE Use) |
|---|---|---|---|
| AAFES | 3310 | 11 Apr 2002 | (scribbled) |

| 5. NAME AND PHONE NO. OF REQUESTER | 6. REQUIRED COMPLETION DATE | 7. BUILDING, FACILITY OR STREET ADDRESS WHERE WORK IS TO BE ACCOMPLISHED |
|---|---|---|
| Debra Jantek   377-4154 | ASAP | Building 3310 |

**8. DESCRIPTION OF WORK TO BE ACCOMPLISHED** (Include Sketch or Plan, when appropriate)
Please repair the sidewalk and steps that are falling apart in front of the Base Exchange. Concrete is falling apart. It is dangerous to walk on this, please set up to divert traffic or fix it.

**9. BRIEF JUSTIFICATION FOR WORK TO BE ACCOMPLISHED** (Not required for maintenance and repair)

**10. DONATED RESOURCES**

| FUNDS | LABOR | MATERIAL | CONTRACT BY REQUESTER | NONE |
|---|---|---|---|---|
|  |  |  |  |  |

| 11. NAME OF REQUESTER | 12. GRADE OF REQUESTER | 13. SIGNATURE OF REQUESTER (See instructions on back) |
|---|---|---|
| Debra Jantek   377-4154 | Manager | (signed) |

**14. COORDINATION**

## SECTION II - FOR BASE CIVIL ENGINEER USE

**15. WORK ORDER** (Place an "X" in the appropriate box.)

| IN-SERVICE | SELF-HELP | CONTRACT | SABER |
|---|---|---|---|

**16. DIRECT SCHEDULED WORK** (Place an "X" in the appropriate box.)

| EMERGENCY | URGENT | ROUTINE | SELF-HELP | M/C |
|---|---|---|---|---|

**17. SELF-HELP** (Place an "X" in the appropriate box.)

| BRIEFING REQUIRED | ADEQUATE COORDINATION | INSPECTION REQUIRED |
|---|---|---|

## SECTION III - COMPLETE ONLY IF WORK IS TO BE ACCOMPLISHED BY WORK ORDER

| 18. WORK CLASS | 19. PRIORITY | 20. ESTIMATED HOURS | 21. ESTIMATED FUNDED COST | 22. ESTIMATED TOTAL COST |
|---|---|---|---|---|

| 23. THERE IS NO NEED FOR AN ENVIRONMENTAL ASSESSMENT (AFR 19-2) | 24. A WRITTEN ASSESSMENT IS BEING/HAS BEEN PROCESSED | 25. APPROVED | 26. DISAPPROVED |
|---|---|---|---|

**27. REMARKS**

## SECTION IV - APPROVING AUTHORITY

| 28. NAME AND GRADE (Please Type or Print) | 29. SIGNATURE | 30. DATE |
|---|---|---|

AF Form 332, JAN 91   PREVIOUS EDITION IS OBSOLETE   MASTER FILE COPY

USAF 000592

Exhibit C
Page 2 of 2