08/19/2005  12:24    9073365292           COOK & ASSOCIATES                    PAGE  01

On September 6, 2000 I witnessed a lady fall off of the curve at Eielson's BX. The lady stepped off of the curve and fell into the parking lot. I went to check on her and she said she heard something crack when she fell. I then went into the BX and told a store worker about the woman. The BX manager came out. Then they called an ambulance. It was not rainy from what I can remember. The curve that she stepped off of was a lot higher than usual. If a person wasn't paying attention to the height they could land wrong and hurt themself. Thats pretty much all I remember. I do think her foot had started to swell some before I left.

Rhonda Moore   Aug. 28, 2002



USAF0000000157

Exhibit E
Page 1 of 1