

**Northern Mechanical Engineering, Inc.**

P.O. Box 113076
Anchorage, AK 99511-3076
(907) 243-7254
Fax (907) 243-8495

October 11, 2005
NME File No. 2005923

Tim Cook
3901 Tiaoga
Anchorage, AK 99516

Attn.: Tim Cook

Ref.: Inspection, Slip/Trip and Fall, Eielson Air Force Base, Base Exchange
File: Hazel Crawford

Dear Mr. Cook,
Thank you for retaining Northern Mechanical Engineering, Inc. to inspect and document the curb and area of the above referenced Slip/Trip and Fall. The purpose of our inspection was to document the site and identify parameters that caused and contributed to the fall and resulting injuries of Ms. Crawford.

Conclusions:

1. The deteriorated state of the curb probably caused Ms. Crawford to perceive a failing sidewalk under her feet.

2. The excessive curb height most probably contributed to Ms. Crawford's fall by adding the disorienting condition of stepping too far down.

3. The curb height in the area of the fall was not standard for a step according to the IBC an UBC for tread rise of building steps. The curb height was also excessive for standard curb design of the Municipality of Anchorage.

4. The landing at the bottom of the ramp from the Base Exchange does not conform to the UFAS (Uniform Federal Accessibility Standard) 4.8.7 Edge Protection by protecting the drop-off. Addition of a Curb, Wall, Railing or Projecting Surface would have most probably prevented this accident.

Procedure:

1. The accident site was inspected, measured and photographed on 04-28-05.

2. Ms. Crawford was interviewed in order to identify her location and actions on the day of the accident.

Data:



Exhibit F
Page 1 of 3

1.  Ms. Crawford identified that she was standing on the curb talking with someone. As the conversation was ending she meant to step off the curb and go to her car in the parking lot. As she went to move her right foot the curd cracked and crumbled under her foot. She stated that she felt like she slipped and lost her balance causing her to fall into the parking area.

2.  Two Base Civil Engineer Work Request reports (one stating the sidewalk and steps concrete was falling apart and one of the concrete steps) in front of the Base Exchange are in need of repair. 11 Apr 2002 report identifies that "It is dangerous to walk on this"

Observations:

1.  The Area of the fall was identified as at the curb between the end of the ramp handrail that descends from the Base Exchange front doors and the sign identifying reserved parking spaces for the Colonel/345 FW/CC. This curb measures 4 inches wide and is level with the sidewalk.
2.  This area forms a landing for the end of the ramp and has a drop off which measures between 9 ¼" and 10 ½" above the parking lot.

3.  The nose of the curb has deterioration where the edge is falling apart. The surface of the concrete is scraped and chipped out.

Analysis:

1.  The concrete surface shows deterioration consistent with the described area of Ms. Crawford's fall. The description of Ms. Crawford position and actions is consistent with standing adjacent to the nose of the curb and feeling (hearing) something cracking in the deteriorated areas of the nose of the concrete.

2.  Ms. Crawford's weight and action are not sufficient to cause a failure of properly cured concrete. For this reason the area of the curb that is deteriorated was most probably falling apart prior to Ms. Crawford's fall.

3.  Ms. Crawford identify that she heard a cracking under her feet that felt or sounded like the curb was crumbling. This uncommon feature most probably caused Ms. Crawford to react and shift her weight without finishing her preparation to step off the curb.

4.  Ms. Crawford identified that she fell to the parking lot level. Her leg was still back at the curb area.

5.  The excessive curb height probably had a detrimental effect of producing an excessive drop for Ms. Crawford to step off of. This probably contributed to the disorienting effect of the cracking concrete by preventing her from catching her balance and stopping herself from falling.



Exhibit F
Page 2 of 3

Respectfully submitted,
Northern Mechanical Engineering, Inc.



Jay R. Smith, P.E.