This is the html version of the file http://www.ctre.iastate.edu/pubs/midcon/Lee.pdf.
G o o g l e automatically generates html versions of documents as we crawl the web.
To link to or bookmark this page, use the following url: http://www.google.com/search?q=cache:yEcMGWHSYCMJ:www.ctre.iastate.edu/pubs/midcon/Lee.pdf+concrete+and+deicers&hl=en

Google is neither affiliated with the authors of this page nor responsible for its content.

These search terms have been highlighted: **concrete deicers**

Page 1

MID-CONTINENT TRANSPORTATION SYMPOSIUM PROCEEDINGS

Exhibit G
Page 1 of 27

# Effects of Various Deicing Chemicals on Pavement Concrete Deterioration

HYOMIN LEE, ROBERT D. CODY, ANITA M. CODY, AND PAUL G. SPRY

The deleterious effects of deicers on concrete pavements and bridges have concerned concrete researchers for several decades. The present study experimentally investigates the effects of different deicers on concrete deterioration. Laboratory simulations of environmental conditions (wet/dry and freeze/thaw cycling) were conducted on highway concrete samples with various deicer chemicals (NaCl, CaCl$_2$, MgCl$_2$, calcium magnesium acetate (CMA) of 5 different Ca/Mg ratios, Ca-acetate, and Mg-acetate). Each deicer produced characteristic effects on the concrete samples by physically and chemically altering the dolomite coarse aggregate, the dolomite coarse aggregate-paste interface, and cement paste. Chloride solutions commonly promoted decalcification of paste and altered ettringite to chloroaluminate. Magnesium-bearing deicer solutions (e.g., CMA, Mg-acetate and MgCl$_2$) caused severe paste deterioration by forming brucite and non-cementitious magnesium silicate hydrate. For acetate solutions, the effects caused by Ca-acetate on concrete deterioration was much less severe than those caused by Mg-bearing acetates. For the experimental conditions utilized herein, NaCl solution was the least deleterious to the cement paste and aggregate. Key words: concrete, aggregate, deterioration, deicers, secondary minerals.

## INTRODUCTION

Deterioration of concrete by deicers is related to complex processes associated with physical and chemical alteration in cement paste and aggregates. It is affected by factors such as the cation composition of the deicer, aggregate type, and aggregate reactivity. The present investigation evaluates these factors by studying the effects of different deicers on Iowa highway concrete. Cody et al. (1) determined the effects of NaCl, CaCl$_2$, and

## EXPERIMENTAL METHODS

Cores were taken from seven existing Iowa highway con[crete with] different service records, and small 3cm x 1.5cm x 1.5cm [blocks] were cut from the cores. Two blocks from each core wer[e immersed] in 100 ml of solution and sealed in cleaned polymethylp[ropylene con]tainers that were stored for 132 hours at 58 [°C in a tempera]ture chamber. The solutions used were 0.75 M CaCl$_2$·6H$_2$O, NaCl, calcium acetate Ca(CH$_3$COO)$_2$, Mg-ac]etate Mg(CH$_3$COO)$_2$·4H$_2$O, and CMA based [solutions], i.e. 3[Ca(CH$_3$COO)$_2$·H$_2$O]:7[Mg(CH$_3$COO)$_2$·4H$_2$O] in water. Experiments were also conducted with five soluti[ons of] M CMA with different molar ratios of Ca-acetate and M[g-acetate] (5:3, 7:3, 1:1, 3:5, and 7:3). All solutions contained 0.01[%] azide to control bacterial growth.

Wet/Dry (W/D) experiments: After being immersed [in solution] at 58 °C for 132 hours, blocks were removed from the [solution and] dried at 58 °C (135 °F) for 24 hours, air cooled [and returned to] their immersion solutions at 25 °C, and a[fter 24] hours.

Freeze/Thaw (F/T) experiments: Samples removed f[rom] 58 °C solutions after 132 hours were air cooled to 25 [°C, then frozen] for 24 hours in a freezer at -4 °C (25 °F), warmed to 25 °C, returned to their respective sol[utions] and stored at 58 °C for 132 hours.

All experiments were continued until visual signs of [deterio]ration were detected in samples, at which point the block[s were] washed and dried. Petrographic analyses of thin sections [were] conducted with both transmitted and reflected light in or[der to]

$MgCl_2$ solutions on the deterioration of **concrete** from Iowa highways and on Mg migration from dolomite coarse aggregate. In the present investigation, a more detailed study was conducted on the effects of NaCl, $CaCl_2$, $MgCl_2$, CMA, Ca-acetate, and Mg-acetate on the deterioration of **concrete** during freeze/thaw (F/T) and wet/dry (W/D) conditions. Special attention was paid to the secondary minerals that formed and the mineral changes that occurred as a direct result of **deicers**. Because acetates are less detrimental than chlorides to the environment and to steel reinforcement in **concrete**, the effects of three acetates (calcium acetate, magnesium acetate and calcium magnesium acetate) were examined to determine if one was less detrimental to **concrete** than the others. In addition, the effects of different ratios of Ca-acetate to Mg-acetate were examined to determine the relative aggressiveness of Ca and Mg ions.

Department of Geological and Atmospheric Sciences, Iowa State University, Ames, Iowa 50011-3212.

identify specific areas to be studied by scanning electron croscopy (SEM) and to supplement observations of feat ficult to observe with an SEM such as color changes on aggregate margins. A Hitachi S 2460 reduced-vacuum s electron microscope was used. Back-scattered images w and energy dispersive analytical x-ray (EDAX) area map was performed for Si, Al, K, Na, O, Ca, Mg, S, Cl, and F point analyses were obtained at high magnification for m identification. An accelerating voltage of 15 kV was gen used for imaging, whereas EDAX point analyses were o at 20 kV.

RESULTS AND DISCUSSION

Each deicer solution had characteristic effects on the cor under freeze/thaw and wet/dry conditions. CMA caused aggressive degradation of concrete in both W/D and F/T ments. All CMA-treated samples showed deterioration a

Exhibit G
Page 2 of 7

FIGURE 1 SEM micrograph and EDAX element maps showing experimentally-induced deterioration after wet/dry cycling in $CaCl_2$ of Nelson quarry concrete, US 63. Abundant brucite precipitated in the interstitial voids of a light-colored dolomite rim (Zone Ce). In air entrainment voids, areas rich in Ca, Al, and Cl probably are chloroaluminate. The limited S concentrations at the margins of air-entrainment voids indicate chloroaluminates have replaced ettringite that occurs abundantly in untreated concrete voids.

Magnesium chloride wet/dry experiments were ended after 23 cycles, indicating rapid deterioration, but freeze/thaw cycling was less deleterious. Longevity of the F/T treated blocks is attributed to precipitation of a protective coat of new mineral matter on the concrete surfaces. Beneath the white coating, the paste was brown-colored and crumbled, with random fractures. Calcium chloride wet/dry experiments were typically terminated between 33 and 49 cycles, indicating relatively minor deterioration, and freeze/thaw experiments were even less damaging and a shiny, blue-gray protective mineral coat formed on the concrete surfaces. Sodium chloride and distilled water were least destructive, giving similar durability in W/D experiments, but NaCl was slightly more deleterious in F/T experiments. NaCl-treated F/T blocks showed surface roughening (dissolution), edge crumbling, and a thin gray-white surface coating.

FIGURE 2 High magnification SEM and EDAX maps show MSH features in cement paste. Abundant shrinkage cracks developed in the MSH as a result of experimental wet/dry cycling in $MgCl_2$, and especially wide cracks fo boundary between quartz particles and cement paste. EDA) element maps and point analysis indicates that CSH in cem paste has largely changed to MSH. Calcium released by MS formation migrated into open spaces and precipitated as cal Mg-, Al-, and Cl-rich material with minor Si, marked as ? formed in air voids.

Effects of Chloride Solutions

*Calcium Chloride*

Calcium chloride deicing salts especially affected tho: containing reactive dolomite aggregates by enhancing reactions that release magnesium to form brucite and i silicate hydrate (MSH). Alteration rims observed after freeze/thaw conditions appear similar to those seen in crete, which had resulted from reactions between the r mite aggregate and paste during highway use. Major c curred in an outer light-colored dolomite aggregate alt (FIGURE 1). The EDAX element maps show a decrea

Exhibit G
Page 4 of 7

FIGURE 3 SEM micrograph and EDAX element maps showing the growth of brucite and calcite in Nelson quarry **concrete** from US63 after wet/dry cycling in CMA. Brucite (br) and calcite (Cal) grew in voids. Calcium silicate hydrate, CSH, in the cement has changed to magnesium silicate hydrate, MSH, with the development of abundant cracks. A wide solution channel, which appears to develop because of paste dissolution by CMA, formed between a limestone coarse aggregate particle and the surrounding cement. Note that Si-rich crystals are silicon carbide grains (Gr) from grinding powder used during thin-section preparation.

a concomitant increase in Mg in this region as a result of calcium chloride treatment. In these alteration rims, considerable volumes of calcite existed without significant quantities of brucite, but CaCl produced abundant brucite and reduced the amount of calcite. An inner dark dolomite alteration zone and a light-colored cement alteration zone, both of which had developed during highway use, remained essentially the same as they were in untreated samples. In durable **concrete** with non-reactive dolomite aggregate, no alteration zone effects occurred during wet/dry or freeze/thaw cycling.

Calcium chloride affected the cement paste of both durable and non-durable **concrete**. The paste was markedly discolored. EDAX element maps show that Cl is concentrated in these areas (FIGURE 1). Chloride concentration may be due to the formation of calcium chloride hydrate ($3CaO \cdot CaCl_2 \cdot 12H_2O$; $CaO \cdot CaCl_2 \cdot 2H_2O$) or to

FIGURE 4 High magnification SEM and EDAX maps showi MSH features and void-filling minerals in cement paste. The cement paste has altered to MSH and abundant shrinkage cracks have developed as a result of CMA treatment. Calciun released by MSH formation migrated to tiny open spaces where it precipitated as calcite. Void-filling minerals show various compositions.

adsorption of $Cl^-$ by calcium silicate hydrate (CS may be the result of iron released from calcium alumino drate (2).

*Magnesium Chloride*

Magnesium chloride produced distinctive alteration rims margins of reactive dolomite aggregate. Much brucite fo an outer light-colored dolomite rim, a feature not seen in corresponding alteration rims of untreated material. New occurred in **concrete** subjected to wet/dry and freeze/tha ditions and is morphologically very similar to brucite ob in $CaCl_2$-treated **concrete**.

Exhibit G
Page 5 of 7

154

Magnesium chloride produced significant **concrete** crumbling because of widespread replacement of CSH by non-cementitious MSH resulting from reactions between $Mg^{2+}$ and the CSH cement phase (FIGURE 2). Abundant shrinkage cracks developed in the MSH. Using a modification of Bonen's (3) equation, the general reaction for the formation of MSH from CSH in Mg-chloride solution can be written as follows:

$$x\,CaO\bullet SiO_2\bullet H_2O + x\,MgCl_2 + m\,H_2O = y\,MgO\bullet SiO_2\bullet nH_2O + (x-y)\,Mg(OH)_2 + x\,CaCl_2\bullet 2H_2O$$

where $m = n + 3x - y$

This reaction suggests that displaced $Ca^{2+}$ leaches out into cement paste because $CaCl_2$ is highly soluble and forms portlandite, $Ca(OH)_2$, or calcite/aragonite, $CaCO_3$. Calcite associated with brucite in air voids or in cracks in some samples supports this conclusion. Needles of calcium carbonate and brucite precipitated on the surface of a $MgCl_2$-treated sample.

*Sodium Chloride*

Sodium chloride produced no enhanced or new alteration rim zones in either dolomite aggregate or cement paste in non-durable **concrete**. No reaction rims were observed in durable concrete. Brucite in the cement paste appears to be stable in NaCl-treated **concrete**.

All chloride solutions produced chloroaluminate. Its morphology and occurrence in air-entrainment voids suggest that it is trichloroaluminate, $3CaO\bullet Al_2O_3\bullet 3CaCl_2\bullet 32H_2O$, resulting from the replacement of pre-existing ettringite (FIGURE 1) in which Cl$^-$ substitutes for $SO_4^{2-}$ ions in the ettringite structure:

$$3CaO\bullet Al_2O_3\bullet 3CaSO_4\bullet 32H_2O + 3CaCl_2 = 3CaO\bullet Al_2O_3\bullet 3CaCl_2\bullet 32H_2O + 3CaSO_4$$

Traces of gypsum detected in a surface coating of the sample block may have resulted during the above reaction. All chloride solutions also appear to cause paste deterioration by decalcification. The release of $Ca^{2+}$ from the paste is documented by the precipitation of calcite crystals in the solutions and by a surface calcite coating on blocks treated with chloride solutions. It is known that chlorides promote the leaching of $Ca(OH)_2$ and promote the formation of porous CSH, but the reactions involved are complex (4). Pre-existing brucite crystals in the cement paste are stable in chloride-treated **concrete**.

Effects of Acetate Solutions

Calcium magnesium acetate solutions were the most damaging

Page 4
MID-CONTINENT TRANSPORTATION SYMPOSIUM 2000 PR(

air voids and between the aggregate and cement paste also precipitated (FIGURE 3).

Another aggressive feature of CMA treatment wa of fine aggregate particles. As shown in FIGURE 3, C tions penetrate the cement paste, especially along the l aries between the fine aggregate and the cement paste they react with the CHS at the paste/fine aggregate int form a thin layer of non-cementitious MSH. This MSF resulted in debonding of fine aggregate from the paste ary brucite was then precipitated in the large voids cre loss of fine aggregate. As a result of the newly created series of new minerals were observed frequently in the spaces.

Coarse dolomite aggregate was generally not subj debonding. In regions of the paste in which calcite hac tated during highway use, the CSH does not appear to MSH, possibly because calcite precipitation during hi( conditions reduced paste permeability to CMA solutio $MgCl_2$-treated concretes, major amounts of new br in air entrainment voids where ettringite only was seer ously, and the ettringite in the voids was reduced in ab (FIGURES 2 and 4). According to Taylor (5), ettringit decomposed by magnesium ions because brucite form sumes OH$^-$ ions in pore solution that lowers pH conditions are outside the ettringite stability region. W treatment, the destruction of pre-existing ettringite app even more complete than that resulting from magnesiu ride solutions. Calcium acetate treated samples that co abundant ettringite before treatment showed no loss of thus confirming that decomposition of ettringite occur the pH decrease caused by the formation of brucite rat dissolution by acetate solutions. The reason for the gre rioration by CMA compared to magnesium chloride is

Experiments with CMA solutions containing diff( ratios of Ca acetate to Mg acetate (5:3, 7:3, 1:1, 3:5, ai emphasized the role that the cation Mg ration by CMA solutions. In these experiments, only c containing non-reactive Sundheim quarry dolomite co gregate was used in order to reduce reactive aggregate

*Magnesium Acetate*

Paste deterioration by Mg-acetate solution was similar occurring with CMA in which MSH and brucite forme interface between fine aggregate and paste and caused

of all solutions tested. Both wet/dry and freeze/thaw cycling in CMA produced widespread and severe damage. Alteration rims that formed at the interface between reactive dolomite aggregate and cement paste in CMA-treated concrete were almost identical to those found in $MgCl_2$-treated concrete. Both durable and non-durable concrete showed severe paste deterioration. The main causes of cement paste deterioration by CMA solutions probably are non-cementitious MSH resulting from the replacement of CSH and the formation of potentially expansive brucite. Brucite commonly formed in air voids and at paste-fine aggregate interfaces (FIGURES 3 and 4). Abundant shrinkage cracks developed in the MSH, especially under wet/dry conditions. Calcium ions displaced by the MSH-forming reaction precipitated as thin layers of calcite on the walls of open spaces such as

of the two components. Brucite with thin calcite layer[s] in air entrainment voids under both wet/dry and freeze [con]dition. Non-cementitious MSH formed in the cement p[aste]

*Calcium Acetate*

Ca acetate solutions produced much less paste deterio[ration than] CMA and Mg acetate. No new minerals formed in air [entrain]ment voids, and the fine aggregates were present in th[e post-] treatment condition. The only observed change in the [cement] paste was that calcium increased in the paste adjacent [to] dolomite aggregate during freeze/thaw experiments. C[alcium] increase was probably due to calcite precipitation.

Exhibit **G**
Page **6** of **7**

---

Page 5

*Lee et al.*

*Different Ca/Mg Ratios in CMA*

These experiments showed that the Mg in CMA clearly is responsible for concrete damage. The rate of deterioration depended on the percentage of magnesium in the mixtures. Ca acetate produced little deterioration. For acetate solutions containing both Ca and Mg, the Ca/Mg ratio of 7:3 had the least effect on the concrete. In these solutions, the concrete blocks developed a brown coloration and showed slight paste deterioration with minor surface roughness and edge crumbling of the blocks. A Ca/Mg ratio of < 3:5 was very detrimental to concrete. The concrete blocks underwent major degradation by edge and surface crumbling, and loss of paste and fine aggregate. Freeze/thaw degradation was less pronounced than that in wet/dry conditions but still significant.

According to Dunn and Schenk (6), a higher ratio of magnesium to calcium should be beneficial for deicing use because of higher solubility and lower freezing point depression of magnesium acetate. However, the present study suggests that higher Mg:Ca ratios may be more destructive and may produce premature concrete deterioration.

least deleterious to concrete under our experimental con[ditions] the chloride solutions produced chloroaluminate, appare[ntly] from replacement of pre-existing ettringite.

We must point out that the validity of extrapolating [results] obtained in our experimental conditions to those occurri[ng un]der road use conditions is uncertain, and that our results [and] conclusions should be taken as cautionary only. Long-te[rm] EDAX studies comparing highway concrete treated und[er] use conditions with CMA or other magnesium deicers w[ith simi]lar concrete treated only with NaCl conditions should b[e per]formed in order to evaluate the long-term safety of magn[esium] deicers. We also should emphasize that we obtained our [results] from mixtures of calcium acetate and magnesium acetate[. Ex]trapolation of results obtained with our mixtures to those [that may] result from the use of proprietary CMA may not be valid[.]

ACKNOWLEDGMENTS

This project was funded by the Iowa Department of Tran[sportation,] Project No. HR-384. This support is gratefully acknowle[dged. We] particularly want to thank Vernon Marks, Jim Myers, an[d Rod] Dubberke as well as Dr. Ken Bergeson for their advice, [help,] and support of this project. Without their help this projec[t would not] have been possible. We also thank Drs. Jerry Amenson, [Scott] Schlorholtz, and Warren Strazheim of the ISU Materials Laboratory for their assistance with SEM analyses.

CONCLUSIONS

In our experiments, concrete samples were exposed to freeze/thaw and wet/dry cycling in solutions containing different chloride and acetate salts. These salts are currently used as deicers or have been

proposed as alternatives to those currently used. Our study observed that magnesium in any form was very damaging to the concrete. Magnesium chloride produced significant concrete crumbling because of widespread replacement of CSH by non-cementitious MSH. Calcium magnesium acetate solutions were the most damaging of all solutions tested. Wet/dry and freeze/thaw cycling in CMA produced widespread and severe damage with scaling from replacement of calcium silicate hydrate with non-cementitious magnesium silicate hydrate. Magnesium acetate produced similar damage and calcium acetate solutions produced much less alteration. On the basis of our experiments, the use of CMA with a high Ca:Mg ratio seems advisable to reduce potential premature magnesium-induced deterioration.

Calcium chloride deicing salts caused characteristic deterioration in concrete containing reactive dolomite coarse aggregate by enhancing dedolomitization reactions that release magnesium to form destructive brucite and MSH. Sodium chloride solutions were the

REFERENCES

1. Cody, R.D., P.G. Spry, A.M. Cody, and G. Gan. *The Role of nesium in Concrete Deterioration*. Final Report HR-355 partment of Transportation, 1994.
2. Kosmatka S.H. and W.C. Panarese. *Design and Control of Concrete Mixtures*. Portland Cement Association, Skokie, Ill edition, 1988.
3. Bonen, D. Composition and Appearance of Magnesium Silicate Hydrate and Its Relation to Deterioration of Cement-Based als. *Journal of the American Ceramic Society*, Vol. 75, N 1992, pp. 2904-2906.
4. Ftikos, C. and G. Parissakis. The Combined Action of Mg Ions in Cement Paste. *Cement and Concrete Research*, V 4, 1985, pp. 593-599.
5. Taylor, H.F.W. *Cement Chemistry*. Academic Press Ltd., L 1990.
6. Dunn, S.A., and R.U. Schenk. Alternatives to Sodium Chlor Highway Deicing. In *Transportation Research Record 7* National Research Council, Washington, D.C., 1980, pp.

Exhibit G
Page 7 of 7