# FACILITY MANAGER'S GUIDE

## 354TH CIVIL ENGINEER SQUADRON

### EIELSON AIR FORCE BASE, ALASKA






b. Keep in mind, however, that while the MISSION always comes first, PEOPLE are a most important ingredient to accomplish this mission. Civil engineering will always try to be responsive to your requirements. There are two major ways that work is accomplished in your building: by a contractor or by the BCE. Although you will be most involved with the work that is accomplished by the BCE a brief discussion of contract work methods is presented here.

### 4. Service Call

The BCE maintains a 24-hour-a-day, 7-day-a-week capability to respond to emergency conditions (classification will be determined by CSU IAW AFI32-1001):

a. **Emergencies**: An emergency condition is one detrimental to your mission. If the condition is not corrected immediately, it could result in a major breakdown of the mission with a reasonable expectation of reduced operational effectiveness. Emergency work is required to provide adequate security to areas subject to compromise, eliminate serious health hazards, prevent serious fire or safety hazards, or protect valuable property and equipment. An emergency will always include, but is not limited to, failure of any utility, fire protection, environmental control, or security alarm system. If your building has loss of heat, steam, gas, liquid fuels, water, or clogged plumbing (when the entire system is affected), it might be designated an emergency. Failure of a critical air-conditioning system, power failure, or faulty electrical systems is emergencies. If you are not sure if you have an emergency condition ask someone in the CSU function. The CSU function will accept notification that an emergency condition exists from ANYONE having knowledge of the condition.

b. **Urgent**: Less than emergency situations. The CSU provides a means for processing many requirements that are not classified as an emergency. YOU should be the only one submitting those requirements. If you believe you have an urgent requirement, call the CSU. They will determine whether the work can be completed without a formal written request, special planning, or material support. If possible, the technician will assign your requirement to URGENT service. If your request does not warrant urgent support, it will be assigned ROUTINE processing.

> **NOTE**
> Whenever you use the Service Call function, CSU, always obtain a work order number. Record this number on a log to help monitor work and follow-ups *(see attachment 2a).*

### 5. Maintenance and Repair (Routine Work)

a. Work required to preserve or restore an existing facility is categorized as maintenance and repair work. Some examples are: repainting, replacing floor tile or light fixtures, and repairing heating systems. Identify these requirements by conducting regular monthly inspections of your building and its RPIE.

b. You will periodically receive a call from the BCE to schedule facility inspections. Use these regularly scheduled visits to check the condition of the utilities, floors,

Exhibit I
Page 2 of 3

4

f. As the building manager, you should make sure these actions are completed if a <u>FIRE</u> occurs:
    (1) Sound the fire alarm.
    (2) Phone the fire department, DIAL 9-1-1.
    (3) Evacuate the building or area and do not re-enter.
    (4) Extinguish the fire if it is safe to do so.
    (5) Direct the fire vehicles and fire fighters to the fire.

g. References and forms
    (1) 354FWI 32-2001: Fire Prevention and Protection *(see attachment 6b)*
    (2) AF Form 332: BCE Civil Engineer Work Request *(see attachment 2c)*
    (3) AF Form 1487: Fire Prevention Visit Report *(see attachment 6c)*
    (4) AF Form 3130: Fire Extinguisher Inspection Record *(see attachment 6d)*
    (5) AF Form 592: Hot Works Permit *(see attachment 6e)*

h. See *attachment 6a* for further information.

### 13. Building Security

a. Building security is another responsibility of the building manager. Establish a standard procedure for making sure your facility is secure from illegal entry at all times. Double check all doors and windows when closing the building and be sure all locks are in good working order.

b. 354th Security Forces (SF) patrols conduct regular security checks on most base facilities. If your building is found insecure by SF patrols, you will need to immediately respond, and check your facility for break-in or tampering. Remember to preserve the evidence if a break-in has occurred. Conduct a walkthrough the facility to ensure no one is inside. Lock doors or close windows when directed by SF personnel. Insecure buildings are a command interest item at many staff meetings.

c. Impress upon all personnel the importance of building security. Without cooperation, your job as building manager will become much more difficult. Regardless of who is responsible for a break in building security, YOU are the one who has to correct it.

d. If you have questions concerning building security, contact the SF Crime Prevention Section, the Resources Protection Section at 377-1408 or 377-5224, or the SF Control Center at 377-5130.

### 14. Force Protection

a. Commanders at all levels are required to take appropriate measures to protect DoD personnel and facilities and reduce the vulnerability to terrorist attacks. Building Custodians have an inherent role to ensure administrative and physical measures are


Exhibit __I__
Page __3__ of __3__

11