

USAF 000587

Exhibit K
Page 1 of 2



USAF 000588

Exhibit K
Page 2 of 2