State of Alaska )
) ss
City of Anchorage )

# AFFIDAVIT OF JAY R. SMITH, P.E.

On this day, Jay R. Smith appeared before me, the undersigned notary public. After I administered an oath to him, upon oath, he said:

"My name is Jay R. Smith. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct."

1. My name is Jay R. Smith and I reside in Anchorage, Alaska and operate Northern Mechanical Engineering, Inc. with a mailing address at P.O. Box 113076, Anchorage, Alaska 99511-3076 and phone (907) 243-7254.

2. I am a registered professional engineer in the State of Alaska.

3. I have reviewed the article "Effects of Various Deicer Chemicals on Pavement Concrete Deterioration" by Lee, et al and published in the Mid-Continent Transportation Symposium, at pages 151 through 155.

4. In my professional opinion, this publication is a valid and authoritative source which would be relied upon by professionals in fields related to maintenance of concrete surfaces.

5. I have reviewed the article "A Slip and Fall Primer" by Randall Atlas, Ph.D AIA as published in the Florida Architect Journal, dated July/August 1987.

Jay Smith
Affidavit

Exhibit L
Page 1 of 2

6. In my professional opinion, this publication is a valid and authoritative source which would be relied upon by professionals in the field involved with the design of stairs and walkways.

_____
Jay R. Smith, P.E.

Subscribed and sworn/affirmed before me at
8730 Old Seward Anchorage this 27th
day of April, 2006.

_____
Notary Public in and for the State of Alaska,
residing at 8730 Old Seward Anchorage
My Commission expires October 16, 2007.

Exhibit L
Page 2 of 2

Jay Smith
Affidavit