Inspection Report
Eielson AFB 02-233

On 2 Oct 02, I inspected the curb where the incident occurred. This particular curb is the front of the Colonel and Wing Commander parking slots. It is higher than a normal curb because it is on the side of the handicap access ramp. The curb did not show any notable breakage or crumbling other than normal worn areas. The parking slots are in good condition with little to no cracks. The most notable thing about this area is that the handicap access ramp is less than 10 feet away from the area where the incident occurred (see photos). The claimant apparently exited the BX via the side door and walked down the handicap ramp. Rather than continue the last few feet down the handicap ramp, the claimant decided to shortcut across the Col/Wing CC parking area. The weather on 2 Oct 02 is comparable to the weather on 6 Sep 00. The biggest difference in the weather for the two days is that it was dry on 6 Sep 00.

[Stamp: ATTORNEY WORK PRODUCT EXEMPT FROM DISCLOSURE UNDER 5 USC 552 (b) (5) AND (d) (5), PARA 14, AFR 12-30, AND PARA 14 (c) (4) (d), AFR 12-3* NOT SUBJECT TO DISCOVERY.]

Exhibit M
Page 1 of 1