DEBORAH M. SMITH
Acting United States Attorney

SUSAN LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HAZEL CRAWFORD,<br><br>      Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA<br><br>      Defendant. | Case No. 4:03-cv-40-RRB<br><br>**UNITED STATES' MOTION FOR AN EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S SECOND MOTION FOR SUMMARY JUDGMENT**<br>*filed on shortened time* |

Defendant, United States, through counsel, moves unopposed for an extension of time until May 23, 2006, to file its reply to Plaintiff's Opposition to Defendant's Second Motion for Summary Judgment.  Attorney Cook has no objection to this extension.

RESPECTFULLY SUBMITTED this 4th day of May, 2006.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/ Susan J. Lindquist
>Assistant U. S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-3378
>Fax: (907) 271-2344
>E-mail: susan.lindquist@usdoj.gov
>AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2006,
a copy of the foregoing UNITED STATES'
MOTION FOR AN EXTENSION
OF TIME TO FILE REPLY TO PLAINTIFF'S
OPPOSITION TO DEFENDANT'S SECOND
MOTION FOR SUMMARY JUDGMENT was served
electronically on Tim Cook.

s/ Susan J. Lindquist