IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

HAZEL CRAWFORD,

      Plaintiff,

    v.

UNITED STATES OF AMERICA,

      Defendant.

Case No. 4:03-cv-40-RRB

**[PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S SECOND MOTION FOR SUMMARY JUDGMENT**

    The United States of America, through counsel, moved unopposed for an extension of time to file its reply to Plaintiff's Opposition to Defendant's Second Motion for Summary Judgment.  The motion is granted and the government shall have until May 23, 2006, to file its reply.

_____
      (DATE)

_____
RALPH R. BEISTLINE
United States District Court Judge