**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

HAZEL CRAWFORD,
     Plaintiff,

                                   Case Number 4:03-cv-00040-RRB

v.

UNITED STATES OF AMERICA,
     Defendant.                **JUDGMENT IN A CIVIL CASE**

\_  **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 XX   **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED:

       THAT the plaintiff Crawford take nothing, that the action be dismissed on the merits, and the defendant United States of America recover of the plaintiff Hazel Crawford its costs of action.

APPROVED:

_____
/S/ RALPH R. BEISTLINE
<u>RALPH R. BEISTLINE</u>
United States District Judge

_____
Date: July 6, 2006

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                                                 _____
                                                      IDA ROMACK
                                             Ida Romack, Clerk of Court

[]{JMT2.WPT*Rev.3/03}