Tim Cook
3901 Taiga Drive,
Anchorage, Alaska 99516
(907) 336-5291
(907 336-5292 fax
tcook@acsalaska.net
Attorney for the Plaintiff

RECEIVED
AUG 3 0 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HAZEL CRAWFORD, ) | |
| ) | Case No. F03-0040CV(RRB) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Hazel Crawford, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the 9th Circuit from the final judgment entered in this action on the 6th day of July, 2006.

Respectfully submitted this 29th day of August, 2006.

Tim Cook
Alaska Bar Card #9007048

**CERTIFICATE OF SERVICE**

I hereby certify that on 8/29, 2006, a true and correct copy of the Plaintiff's Notice of Appeal was mailed to the following:
Susan Lindquist
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513

Tim Cook