Tim Cook
3901 Taiga Drive,
Anchorage, Alaska 99516
(907) 336-5291
(907 336-5292 fax
tcook@acsalaska.net
Attorney for the Plaintiff

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE 9TH CIRCUIT

| | |
|---|---|
| HAZEL CRAWFORD, ) | |
| ) | DC Case No. F03-0040CV(RRB) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

PLAINTIFF'S NOTICE OF INTENT NOT TO ORDER TRANSCRIPT

The appeal to the United States Court of Appeals for the 9th Circuit from the final judgment entered in this action on the 6th day of July, 2006 was filed with the Alaska District Court on August 30, 2006.
Plaintiff's counsel Tim Cook here states that he does not intend to order a transcript as no oral hearings were held on defendant's motions for summary judgment which are the subject of this appeal.

Respectfully submitted this   19th  day of September, 2006.

By:    *s/s Tim Cook*
　　　　Tim Cook
　　　　Alaska Bar Card #9007048
　　　　3901 Taiga Drive
　　　　Anchorage, AK 99516
　　　　(907)336-5291
　　　　(907)336-5292 FAX
　　　ATTORNEY IN CHARGE FOR
　　　PLAINTIFF, HAZEL CRAWFORD

**CERTIFICATE OF SERVICE**

I hereby certify that on   9/19/ 2006, a true and correct copy of the <u>Plaintiff's Certificate of No Transcript</u> was served electronically to the following:
Susan Lindquist
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513