Tim Cook
3901 Taiga Drive,
Anchorage, Alaska 99516
(907) 336-5291
(907 336-5292 fax
tcook@acsalaska.net
Attorney for the Plaintiff

**IN THE UNITED STATES COURT OF APPEALS
FOR THE 9TH CIRCUIT**

| | |
|---|---|
| HAZEL CRAWFORD, | ) |
| | )   DC Case No. F03-0040CV(RRB) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

PLAINTIFF'S CERTIFICATE OF NO TRANSCRIPT

    The appeal to the United States Court of Appeals for the 9th Circuit from the final judgment entered in this action on the 6th day of July, 2006 was filed with the Alaska District Court on August 30, 2006.
    Plaintiff's counsel Tim Cook here certifies that no transcript will be ordered as no oral hearings were held on defendant's motions for summary judgment which are the subject of this appeal.

    Respectfully submitted this 19th day of September, 2006.

                                                   By:___*s/s Tim Cook*_____
                                                      Tim Cook
                                                      Alaska Bar Card #9007048
                                                      3901 Taiga Drive
                                                      Anchorage, AK 99516
                                                      (907)336-5291
                                                      (907)336-5292 FAX
                          ATTORNEY IN CHARGE FOR
                          PLAINTIFF, HAZEL CRAWFORD

**CERTIFICATE OF SERVICE**

I hereby certify tt on   9/19 /2006, a true and correct copy of the <u>Plaintiff`s Certificate of No Transcript</u> was served electronically to the following:
Susan Lindquist
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513