Tim Cook AKBN 9007048
Cook & Associates
3901 Taiga Drive
Anchorage, AK  99516
Phone: 907-336-5291
Fax: 907-336-5292
tcook@acsalaska.net
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| HAZEL CRAWFORD )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA )<br>)<br>Defendant. )<br>)<br>)<br>)<br>) | **Civil Case No.: F03-0040 Civ (JWS)**<br><br>**STATUS REPORT** |

**Comes now Plaintiff Hazel Crawford**, by and through her attorney of record, Tim Cook, and reports to the court that the parties meet and conferred on December 27, 2007 per the Court's Order (docket 57).

**Procedural Posture**

The Court re-set the calendar for this case on March 31, 2005, ordering that discovery be completed by October 20, 2005. It also ordered that dispositive motions and motions *in limine* be completed by November 16, 2005.  The United States filed its first Motion for Summary Judgment on December 1, 2005,  and after requesting and being granted an extension, then filed its second Motion for Summary Judgment on April 12, 2006.

The Court granted those motions and found in favor of the United States. Crawford appealed. The

case was remanded to the court because genuine issues of material fact precluded Summary Judgment.

**Issues**

This is a relatively simple slip and fall case. Crawford's claim sounds primarily in negligence. Her basic contentions are that the curb that she stepped from failed ( a chip on the nose of the curb crumbled as she stepped from the curb) and that the United States failed to properly design, construct, and maintain the curb so that it was safe for pedestrians. She also contends that the curb was "higher than a normal curb" (per the Air Force's own inspection report) and this contributed to her injury.

The United States asserted in its Summary Judgment motions that it was immunized based on claims that the design / construction was by third party contractors and on Alaska's 10 year statute of repose. The Ninth Circuit found that there were issues of material fact that precluded Summary Judgment, i.e. credible evidence that there had been reconstruction sufficient to negate both defenses.

**Trial Calendar**

Crawford asserts that the case is ready for trial. Discover closed more than two years ago without objection. No new issues have been raised. Witness lists have been exchanged.

Since this is not a jury trial and Crawford anticipates calling no more than 4 or 5 witnesses. Plaintiff's case should be relatively short and should take less than two days.

This is a relatively simple case that has drug on more than 4 years without having been to trial. For much of that time Hazel Crawford has lived with an injury that she could not afford to have the surgery that would restore her mobility (fortunately, this past summer she was able to save enough and with donated frequent flier miles was able to travel to Seattle and have the surgery she needed).

Hazel Crawford requests that the court schedule a trial date as early as possible for this matter.

Dated: January 10, 2008         _____s/s Tim Cook_____

                                Tim Cook, Attorney for Plaintiff
                                Alaska Bar No. 9007048

**CERTIFICATE OF SERVICE**

I hereby certify that on _____ a true and correct copy of the above document was served electronically to the following:

Susan Lindquist
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513