```
               MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

   HAZEL L. CRAWFORD          vs.     UNITED STATES OF AMERICA

BEFORE THE HONORABLE   RALPH R. BEISTLINE   CASE NO. 4:03-CV-00040-RRB

DEPUTY CLERK/RECORDER:           SUZANNETTE LUCERO

APPEARANCES:    PLAINTIFF:   TIM COOK

                DEFENDANT:   SUSAN J. LINDQUIST

PROCEEDINGS: TRIAL SCHEDULING CONFERENCE HELD 1/24/08:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:58 a.m. court convened.

Court and counsel heard re trial scheduling, discovery, witnesses and other disputed issues.

Bench Trial set for **March 3, 2008 at 9:00 a.m in Anchorage.**

Meet and confer by **February 13, 2008**; Trial briefs to be filed on or before **February 28, 2008.**

At 10:38 a.m. court adjourned.

DATE:    January 24, 2008      DEPUTY CLERK'S INITIALS:   SCL

Revised 6/18/07