Tim Cook AKBN 9007048
Cook & Associates
3901 Taiga Drive
Anchorage, AK  99516
Phone: 907-336-5291
Fax: 907-336-5292
tcook@acsalaska.net
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
### DISTRICT OF ALASKA

| | |
|---|---|
| HAZEL CRAWFORD )<br>)<br>Plaintiff, )<br>v. )<br>)<br>UNITED STATES OF AMERICA )<br>)<br>Defendant. )<br>)<br>_____ ) | **Civil Case No.: F03-0040 Civ (JWS)**<br><br>**UNOPPOSED MOTION FOR TELEPHONIC TESTIMONY OF DR. JOHN CULLEN** |

COMES NOW, HAZEL CRAWFORD by and through her attorney of record, Tim Cook, and makes this Unopposed Motion to allow Dr. John Cullen to testify telephonic at the trial in the above captioned matter. Undersigned attorney has contacted opposing counsel who does not oppose his testimony being taken telephonically.

Dated: ___2/12/08_____        ____s/s Tim Cook_____
                                    Tim Cook, Attorney for Plaintiff
                                    Alaska Bar No. 9007048

**CERTIFICATE OF SERVICE**

I hereby certify that on  a true and correct copy of the above document  was served electronically to the following:

Susan Lindquist
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513