# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| HAZEL CRAWFORD ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | **Civil Case No.: F03-0040 Civ (JWS)** |
| ) | |
| UNITED STATES OF AMERICA ) | **ORDER ALLOWING TELEPHONIC TESTIMONY OF DR. JOHN CULLEN** |
| ) | |
| Defendant. ) | |

Having reviewed the Unopposed Motion requesting that Dr. John Cullen be allowed to testify telephonically in the above captioned matter it is hereby ordered that Dr. John Cullen may testify telephonically.

IT IS SO ORDERED.


Dated: _____            _____
                                  Honorable Ralph R. Beistline
                                  District Court Judge




Presented by: Tim Cook