NELSON P. COHEN
United States Attorney

SUSAN LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| HAZEL CRAWFORD, | Case No. 4:03-cv-40-RRB |
|---|---|
| Plaintiff, | |
| v. | **UNITED STATES' TRIAL EXHIBIT LIST** |
| UNITED STATES OF AMERICA | |
| Defendant. | |

Defendant, United States of America, through counsel, submits its list of

exhibits to be introduced at trial in this case.

| EXH # | DESCRIPTION | IDEN | ADM | OBJ |
|---|---|---|---|---|
| A | Blue print of ramp outside BX | | X | |
| B | Photographs (3) of area taken after administrative claim | | X | |

| EXH # | DESCRIPTION | IDEN | ADM | OBJ |
|---|---|---|---|---|
| C | Photograph (1) circled by Ms. Crawford at area where she fell | X | | |
| D | Photograph - (1) vertical measurement of curb taken by Jeff Putnam | | X | |
| E | Accident Report by Linda Borden | X | | |
| F | Manuel - | | X | |
| G | Crawford's answer to US 1st Discovery re: no handicap | | X | |
| H | Article: How it works: concrete | X | | |
| I | Article: Wipe out trips slips and falls | X | | |
| J | William Kim Declaration | X | | |
| K | Crawford's Memorandum in Opposition to Motion for Summary Judgment - Statement of how accident happened at Pg 5 | | X | |
| L | Medical Records (2 dates) | X | | |
| M | USAF document showing substantial completion 1987. | | X | |
| N | | | | |
| O | | | | |
| P | | | | |
| Q | | | | |
| R | | | | |

RESPECTFULLY SUBMITTED this day, February 13, 2008, in

Anchorage, Alaska

        NELSON P. COHEN
        United States Attorney

        s/ Susan J. Lindquist
        Assistant U. S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-3378
        Fax: (907) 271-2344
        E-mail: susan.lindquist@usdoj.gov
        AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2008
a copy of the foregoing United States' Trial
Exhibit List  was served
electronically on Tim Cook.

s/ Susan J. Lindquist