Tim Cook AKBN 9007048
Cook & Associates
3901 Taiga Drive
Anchorage, AK  99516
Phone: 907-336-5291
Fax: 907-336-5292
tcook@acsalaska.net
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| HAZEL CRAWFORD ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | **Civil Case No.: F03-0040 Civ (JWS)** |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S EXHIBIT LIST

| EXH # | DESCRIPTION | IDEN | ADM | OBJ |
|---|---|---|---|---|
| 1 | Photograph of Base Exchange, Sidewalks and Parking taken by Jay Smith | | | |
| 2 | Photograph of Base Exchange, Sidewalks and Parking taken by Jay Smith | | | |
| 3 | Photograph of Base Exchange, Sidewalks and Parking taken by Jay Smith | | | |
| 4 | Photograph of Base Exchange, Sidewalks and Parking taken by Jay Smith | | | |

| EXH # | DESCRIPTION | IDEN | ADM | OBJ |
|---|---|---|---|---|
| 5 | Photograph of Base Exchange, Sidewalks and Parking taken by Jay Smith | | | |
| 6 | Photograph of Base Exchange, Sidewalks and Parking taken by Jay Smith | | | |
| 7 | Photograph of Base Exchange, Sidewalks and Parking taken by Jay Smith | | | |
| 8 | Photograph of Base Exchange, Sidewalks and Parking taken by Jay Smith | | | |
| 9 | Photograph of Base Exchange, Sidewalks and Parking taken by Jay Smith | | | |
| 10 | Photograph of Base Exchange, Sidewalks and Parking taken by Jay Smith | | | |
| 11 | Photograph of Base Exchange, Sidewalks and Parking taken by Jay Smith | | | |
| 12 | Shoes: similar to what Crawford was wearing at the time of the fall. | | | |
| | | | | |
| 13 | As Built Drawing: Grading Plan and Site Plan Details,   EIEL 000589 | | | |
| 14 | Inspection Report Eielson AFB02-233, USAF 0000000159 | | | |
| 15 | Rhonda Moore Witness Statement USAF 0000000157 | | | |
| 16 | United States' Response to Plaintiff's First Request For Discovery | | | |

| EXH # | DESCRIPTION | IDEN | ADM | OBJ |
|---|---|---|---|---|
| 17 | United States' Second Response to Plaintiff's First Request For Discovery | | | |
| 18 | BASE CIVIL ENGINEER WORK REQUEST USAF 000591 | | | |
| 19 | BASE CIVIL ENGINEER WORK REQUEST USAF 000592 | | | |
| 20 | Facility Manager's Guide | | | |
| | | | | |
| | | | | |
| | | | | |

Dated: __2/13/08_____            ____*s/s Tim Cook*_____

Tim Cook, Attorney for Plaintiff
Alaska Bar No. 9007048

**CERTIFICATE OF SERVICE**

I hereby certify that on _____ a true and correct copy of the above document was served electronically to the following:

Susan Lindquist
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513

Crawford v. United States
03-0040 Civ.                                                                                     Page 3 of 3