Tim Cook AKBN 9007048
Cook & Associates
3901 Taiga Drive
Anchorage, AK 99516
Phone: 907-336-5291
Fax: 907-336-5292
tcook@acsalaska.net
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| HAZEL CRAWFORD ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) <br> ) | **Civil Case No.: F03-0040 Civ (JWS)** <br><br><br> **PLAINTIFF'S AMENDED** <br><br> **EXHIBIT LIST** |

  Comes now Hazel Crawford by and through her attorney of record Tim Cook and requests the court to allow her to file an Amended Exhibit List.

  Crawford discovered a diary she had kept that from February 27, 2001 through January 18, 2002. She had forgotten that she had kept the diary and discovered it on or about February 16, 2008. Upon learning of the diary Plaintiff's Counsel had Crawford immediately forward it to him. Plaintiff's counsel e-mailed opposing counsel and advised of the existence of the document.Upon receipt, a copy of the diary was made and conveyed to opposing counsel. It was hand delivered to opposing counsel on February 21, 2008.

  The diary is a simple a hand written account chronicling doctor's appointments, detailing pain, and discussing emotional turmoil. It would be helpful to the court to view this document to verify the and give credibility to Crawford's claims.

Dated: __2/21/08_____   ____s/s Tim Cook_____

Tim Cook, Attorney for Plaintiff
Alaska Bar No. 9007048

**CERTIFICATE OF SERVICE**

I hereby certify that on _2/21/08____a true and correct copy of the above document was served electronically to the following:

Susan Lindquist
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513