```
          MINUTES OF THE UNITED STATES DISTRICT COURT
                      DISTRICT OF ALASKA
```

 HAZEL L. CRAWFORD            vs.   UNITED STATES OF AMERICA

BEFORE THE HONORABLE <u>RALPH R. BEISTLINE</u> CASE NO. <u>4:03-cv-00040-RRB</u>

DEPUTY CLERK/RECORDER:        APRIL KARPER

APPEARANCES:    PLAINTIFF:    TIM COOK

                DEFENDANT:    SUSAN LINDQUIST

PROCEEDINGS: TRIAL BY COURT - DAY 1 HELD MARCH 3, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:02 a.m. court convened.

Court and counsel heard re witnesses.

Opening statement heard.

Hazel L. Crawford sworn and testified on her own behalf. Plaintiff's exhibits 1-11, and 21 **IDENTIFIED**.

At 10:23 a.m. court recessed until 10:41 a.m.

Hazel L. Crawford resumed the stand and testified further on her own behalf. Defendant's exhibits B and C **IDENTIFIED**.

Jay Richard Smith sworn and testified on behalf of the plaintiff as an expert. Plaintiff's exhibits 1-11, 13, 14, and 18-20 **ADMITTED**. Plaintiff's exhibits 15 and 16 **IDENTIFIED**.

At 12:48 p.m. court recessed until 2:07 p.m.

John Stewart Cullen sworn and testified on behalf of the plaintiff telephonically.

Plaintiff rested.

Court and counsel heard re defendant's oral motion to dismiss; taken **UNDER ADVISEMENT.**

CONTINUED ON PAGE 2

DATE:      March 3, 2008         DEPUTY CLERK'S INITIALS:  amk

Revised 6/18/07

```
                    CONTINUATION - PAGE 2
        HAZEL L. CRAWFORD vs. UNITED STATES OF AMERICA
                       4:03-cv-00040-RRB
                    TRIAL BY COURT - DAY 1
                        March 3, 2008
```
----------------------------------------------------------------

Court and counsel heard re exhibits; defendant's exhibit N **ADMITTED**.

At 2:31 p.m. court recessed until 2:49 p.m.

Jeffrey Bryant Putnam sworn and testified on behalf of the defendant. Defendant's exhibits A and D **IDENTIFIED**.

At 4:06 p.m. this matter recessed to convene on **Tuesday March 4, 2008 at 9:15 a.m.** and court adjourned.

DATE:_____March 3, 2008_____   DEPUTY CLERK'S INITIALS:___AMK___

Revised 6/18/07