```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

 HAZEL L. CRAWFORD           vs.   UNITED STATES OF AMERICA

BEFORE THE HONORABLE RALPH R. BEISTLINE   CASE NO. 4:03-cv-00040-RRB

DEPUTY CLERK/RECORDER:        APRIL KARPER

APPEARANCES:    PLAINTIFF:    TIM COOK

                DEFENDANT:    SUSAN LINDQUIST

PROCEEDINGS: TRIAL BY COURT - DAY 2 HELD MARCH 4, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:07 a.m. court convened.

William Kim sworn and testified on behalf of the defendant. Defendant's exhibit A **ADMITTED**.

At 10:39 a.m. court recessed until 10:57 a.m.

Linda M. Borden sworn and testified on behalf of the defendant.

Court and counsel heard re stipulation to admit exhibits; Defendant's exhibits B, D, F, G, K, and M **ADMITTED**; Plaintiff's exhibits 16 and 17 **ADMITTED**.

At 11:06 a.m. court recessed until 11:41 a.m.

Closing arguments heard.

Court heard. Matter taked **UNDER ADVISEMENT**; written ruling to issue.

All original exhibits retained by counsel.

List of Exhibits and List of Witnesses to be filed separately.

At 12:27 p.m. court adjourned.


DATE:     March 4, 2008      DEPUTY CLERK'S INITIALS:   AMK

Revised 6/18/07