(Rev 3/08)                           **LIST OF EXHIBITS**

---
Case No. 4:03-cv-00040-RRB                    Judge: **RALPH R. BEISTLINE**

Title       Hazel L. Crawford
    vs.
            United States of America

Dates of Hearing/Trial:    March 3, 2008 thru March 4, 2008

Deputy Clerk/Recorder:    April Karper

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Tim Cook | Susan Lindquist |
|  |  |

-----------------------------------------------------EXHIBITS-----------------------------------------------------

| **PLAINTIFF** | | | | **DEFENDANT** | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | ✓ | 3/3/08 | Photo - Base Exchange, Sidewalks & Parking taken by Jeff Smith | A | ✓ | 3/4/08 | Blue Print of ramp outside of BX |
| 2 | ✓ | 3/3/08 | Photo - Base Exchange, Sidewalks & Parking taken by Jeff Smith | B | ✓ | 3/4/08 by Stip | 3 photos of area taken after administrative claim |
| 3 | ✓ | 3/3/08 | Photo - Base Exchange, Sidewalks & Parking taken by Jeff Smith | C | ✓ |  | Photo circled by Ms. Crawford at area where she fell |
| 4 | ✓ | 3/3/08 | Photo - Base Exchange, Sidewalks & Parking taken by Jeff Smith | D | ✓ | 3/4/08 by Stip | Photo- vertical measurement of curb taken by Jeff Putnam |
| 5 | ✓ | 3/3/08 | Photo - Base Exchange, Sidewalks & Parking taken by Jeff Smith | E |  |  | Accident Report by Linda Borden |
| 6 | ✓ | 3/3/08 | Photo - Base Exchange, Sidewalks & Parking taken by Jeff Smith | F |  | 3/4/08 by Stip | Manuel |
| 7 | ✓ | 3/3/08 | Photo - Base Exchange, Sidewalks & Parking taken by Jeff Smith | G |  | 3/4/08 by Stip | Crawford's answer to US 1st Discovery re: no handicap |
| 8 | ✓ | 3/3/08 | Photo - Base Exchange, Sidewalks & Parking taken by Jeff Smith | H |  |  | Article: How it works: concrete |
| 9 | ✓ | 3/3/08 | Photo - Base Exchange, Sidewalks & Parking taken by Jeff Smith | I |  |  | Article: Wipe out trips slips and falls |
| 10 | ✓ | 3/3/08 | Photo - Base Exchange, Sidewalks & Parking taken by Jeff Smith | J |  |  | William Kim Declaration |
| 11 | ✓ | 3/3/08 | Photo - Base Exchange, Sidewalks & Parking taken by Jeff Smith |  |  |  |  |

Continuation
List of Exhibits

Page: 2

| Case No: 4:03-cv-00040-RRB | | | | Judge: RALPH R. BEISTLINE | | | | |
|---|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 12 | | | Shoes: similar to what Crawford was wearing at the time of the fall | K | | 3/4/08 by Stip | Crawford's Memorandum in Opposition to Motion for Summary Judgment - Statement of how accident happened at Pg 5 |
| 13 | ✓ | 3/3/08 | As Built Drawing: Grading Plan and Site Plan Details, EIEL 000589 | L | | | Medical Records (2 dates) |
| 14 | ✓ | 3/3/08 | Inspection Report Eielson AFB02-233, USAF 0000000159 | M | | 3/4/08 by Stip | USAF document showing substantial completion 1987 |
| 15 | ✓ | | Rhonda Moore Witness Statement USAF 0000000157 | N | ✓ | 3/3/08 | Photo - Plaintiff's exhibit 1 w/the circle drawn by Mr. Crawford |
| 16 | ✓ | 3/4/08 by Stip | United States Response to Plaintiff's First Request for Discovery | O | | | |
| 17 | | 3/4/08 by Stip | United States Second Response to Plaintiff's First Request for Discovery | P | | | |
| 18 | ✓ | 3/3/08 | Base Civil Engineer Work Request USAF 000591 | Q | | | |
| 19 | ✓ | 3/3/08 | Base Civil Engineer Work Request USAF 000592 | R | | | |
| 20 | ✓ | 3/3/08 | Facility Manager's Guide | | | | |
| 21 | ✓ | | Diary of Hazel Crawford | | | | |