TIMOTHY M. BURGESS
United States Attorney

SUSAN LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| HAZEL CRAWFORD,<br><br>                    Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA<br><br>                    Defendant. | Case No. F03-0040CV(RRB)<br><br>**UNITED STATES' RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR DISCOVERY** |

Pursuant to the Fed.R.Civ.P. 26, 33 and 34, the United States, through counsel, hereby responds to the plaintiff's First Discovery Requests as follows:


**Request for Admission 1:** Please admit that the design, construction, and alterations to the ramps, their landings, and nearest parking spaces on the accessible route to the entrance of the Eielson Base Exchange is required to comply with the Uniform Federal Accessibility Standards (UFAS), 49 FR 31528, unless proper authorization is granted for a waiver or modification pursuant to the Architectural Barriers Act of 1968, as amended, 42 U.S.C. 4154.

**Answer:** Defendant United States objects to this Request for Admission on the basis that it is not relevant to the issues in this case nor reasonably calculated to lead to the discovery of admissible evidence.  Plaintiff, who was not disabled, allegedly injured her

**Request for Production: 8.** Please produce all records of inspections and maintenance conducted on the accessible route at the entrance of the Eielson base exchange since 1985. The accessible route includes the nearest parking spaces, ramps, landings, and connecting walkways.

**Answer:** The United States objects to this Request for Production on the basis that it is vague, overly broad, and unduly burdensome.

Without waiving these objections, the United States found two work orders which it is producing. See USAF 591-92. It is continuing to search for documentation of periodic inspections conducted at the Eielson AFB Exchange by 354 CES and facility manager and will forward any documents that are responsive to this request.

**Objection:** _____

**Request for Admission: 13.** Please admit that the Grading and Site Plan Details Drawing, Bates # EIEL 0000589, does not accurately depict the parking, curbage, sidewalks, ramps, and other details.

**Answer:** The United States objects to this Request for Admission on the basis that it is not relevant or reasonably calculated to lead to the discovery of admissible evidence.

Without waiving these objections, the United States denies the Grading and Site Plan Details Drawing is inaccurate. This plan accurately reflects the location of handicapped parking at the time original construction was completed twenty years ago. The handicapped parking spaces were merely re-designated at a later date when construction was finished and therefore these changes are not reflected in the 1984 Grading and Site Plan Details Drawing.

15