UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>CRAWFORD</u>   v.   <u>USA</u>

DATE:   <u>May 5, 2008</u>     CASE NO.   <u>4:03-CV-0040-RRB</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
DENYING MOTION TO RECONSIDER**

---

For the reasons set forth by the Government in its response at Docket 77, as well as for the reasons previously articulated by the Court in its Memorandum Decision at Docket 74, Plaintiff's Motion for Reconsideration at **Docket 75** is hereby **DENIED.**

M.O. DENYING MOTION TO RECONSIDER