**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

HAZEL CRAWFORD,
    Plaintiff,

                                    Case Number 4:03-CV-00040-RRB

v.

UNITED STATES OF AMERICA
    Defendants.                **JUDGMENT IN A CIVIL CASE**


\_  **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.


XX  **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED:

       THAT the plaintiff recover nothing, that the action be dismissed on the merits and that defendant United States of America recover costs from plaintiff Hazel Crawford.


APPROVED:

s/RALPH R. BEISTLINE
RALPH R. BESITLINE
United States District Judge

_____
Date: May 8, 2008

[]{JMT2.WPT*Rev.3/03}