# BLM REPRODUCTION REQUEST

REQUEST NO. _2390_

XEROX ☑   ONESIDED ☑   NO. PAGES _16_

COLOR XEROX ☐   TWO SIDED ☐   NO. COPIES _1_

**DESCRIPTION:**

**PAPER:**

Size:
- ☑ 8 1/2 X 11
- ☐ 8 1/2 X 14
- ☐ 11 X 17
- ☐ 24 X 36
- ☐ OTHER

- ☐ WHITE
- ☐ COLOR
- ☐ COVER
- ☐ OTHER

**CARBONLESS:**
- ☐ 2PT.  ☐ 3PT.  ☐ 4PT.

**BINDERY:**
- ☐ COLLATE
- ☐ STAPLE  ☐ top left  ☐ side
- ☐ GBC
- ☐ VELO
- ☐ INSTA BIND
- ☐ PAD
- ☐ TRIM
- ☐ FOLD
- ☐ DRILL  ☐ 2 hole  ☐ 3 hole
- ☐ LAMINATE
- ☐ SHRINK WRAP

**SPECIAL INSTRUCTIONS:**

4 sets of colored pictures

24 X .65 = $15.60

Crawford v USFF FO

**REQUESTED BY:**

AGENCY _USAO_   DATE _5/5/04_

OFFICE _____   DUE DATE _____

NAME _J. McCracken_   PHONE _271-2302_

JoAnn

AK 1550-2 July 1997

# BLM REPRODUCTION REQUEST

REQUEST NO. [ ]

XEROX ☐   ONESIDED ☑   NO. PAGES  6

COLOR XEROX ☑   TWO SIDED ☐   NO. COPIES  2

## DESCRIPTION:

**PAPER:**
Size:
- ☑ 8 1/2 X 11
- ☐ 8 1/2 X 14
- ☐ 11 X 17
- ☐ 24 X 36
- ☐ OTHER

- ☐ WHITE
- ☑ COLOR
- ☐ COVER
- ☐ OTHER

CARBONLESS:
- ☐ 2PT.  ☐ 3PT.  ☐ 4PT.

**BINDERY:**
- ☐ COLLATE
- ☐ STAPLE ☐ top left ☐ side
- ☐ GBC
- ☐ VELO
- ☐ INSTA BIND
- ☐ PAD
- ☐ TRIM
- ☐ FOLD
- ☐ DRILL  ☐ 2 hole  ☐ 3 hole
- ☐ LAMINATE
- ☐ SHRINK WRAP

**SPECIAL INSTRUCTIONS:**

$7.80
.65 x 12 = $

Color photo's
Crawford v. USA
F03-040 CV (RRB)

**REQUESTED BY:**

AGENCY  USAO           DATE 2·15·05

OFFICE  Civil          DUE DATE 2·16·05

NAME  Clay             PHONE 4256

AK 1550-2 July 1997

John T. Duddy, M.D.
Michael H. Newman, M.D.
Tim Kavanaugh, M.D.
2741 DeBarr Rd., Ste. C-305
Anchorage, AK 99508
(907) 278-8141

## X-Ray Copies Release

I hereby authorize you to make copies of the X-rays that I had taken in this office. I understand that I have to prepay $7.00 per X-ray sheet and I will pick them up 3 business days after I turn in this written request. This authorization shall remain in effect from the date signed below until _____ (expiration date or event).

I understand that:

- I may inspect or copy the protected health information to be used or disclosed.
- I may revoke this authorization in writing by contacting your office at the address above, attention Privacy Officer.
- Information used or disclosed pursuant to the authorization may be subject to redisclosure by the recipient and no longer be protected by HIPAA.
- I may refuse to sign this authorization and that you will not condition treatment or payment on me providing this authorization (except to the extent that the authorization is for research-related treatment, in which case you may refuse to provide that research-related treatment).

☐ If this box is checked, I understand that you will receive compensation from a third party for the use or disclosure of my information.

Patient Name: _Hazel Crawford_   Signature: _____

Relationship to patient
(if signed by personal representative of Patient): _____   Date: _____

_amount due $28.00. 4 xray sheets @ $7/sheet per copy._

Amount Pd: $_____   Date/Time to pickup: _____

Date done: _11/5/04_   By: _RD_

| REQUEST AND AUTHORIZATION FOR TDY TRAVEL OF DOD PERSONNEL<br>(Reference: Joint Travel Regulations (JTR), Chapter 3)<br>(Read Privacy Act Statement on back before completing form.) | 1. DATE OF REQUEST (YYYYMMDD)<br>20080225 |
|---|---|

**REQUEST FOR OFFICIAL TRAVEL**

| 2. NAME (Last, First, Middle Initial)<br>PUTNAM, JEFFREY B. | 3. SOCIAL SECURITY NUMBER<br>[redacted] | 4. POSITION TITLE AND GRADE/RATING<br>YA-03 |
|---|---|---|
| 5. LOCATION OF PERMANENT DUTY STATION (PDS)<br>EIELSON AFB | 6. ORGANIZATIONAL ELEMENT<br>354 Civil Engineer | 7. DUTY PHONE NUMBER (Include Area Code)<br>907-377-5213 |
| 8. TYPE OF ORDERS<br>AA-ROUTINE TDY/TAD | 9. TDY PURPOSE (see JTR, Appendix H)<br>SPECIAL MISSION TRAVEL<br>See next page | 10a. APPROX NO. OF TDY DAYS (Including travel time)<br>2 | b. PROCEED DATE (YYYYMMDD)<br>20080303 |

**11. ITINERARY**    VARIATION AUTHORIZED
FROM: RES: NORTH POLE, AK
TO: ANCHORAGE, AK
RETURN TO: RES: NORTH POLE, AK

**12. TRANSPORTATION MODE**

| a. COMMERCIAL | | | | b. GOVERNMENT | | | c. LOCAL TRANSPORTATION | | | PRIVATELY OWNED CONVEYANCE (Check one)<br>RATE PER MILE: |
|---|---|---|---|---|---|---|---|---|---|---|
| RAIL | AIR | BUS | SHIP | AIR | VEHICLE | SHIP | CAR RENTAL | TAXI | OTHER | |
| | X | | | | | | X | | X | |

ADVANTAGEOUS TO THE GOVERNMENT

AS DETERMINED BY APPROPRIATE TRANSPORTATION OFFICER (Overseas Travel only)

MILEAGE REIMBURSEMENT AND PER DIEM IS LIMITED TO CONSTRUCTIVE COST OF COMMON CARRIER TRANSPORTATION AND PER DIEM AS DETERMINED AND TRAVEL TIME AS LIMITED PER JTR

**13.** X a. PER DIEM AUTHORIZED IN ACCORDANCE WITH JTR.    b. OTHER RATE OF PER DIEM (Specify)

**14. ESTIMATED COST**

| a. PER DIEM | b. TRAVEL | c. OTHER | d. TOTAL | 15. ADVANCE AUTHORIZED |
|---|---|---|---|---|
| $ 208.50 | $ 486.56 | $ 45.00 | $ 740.06 | $ 0.00 |

**16. REMARKS** (Use this space for special requirements, leave, excess baggage, accommodations, registration fees, etc.)

Traveler is exempt from the mandatory provisions of the TTRA.

The 'Travel and Transportation Reform Act of 1998' stipulates that the government-sponsored, contractor-issued travel card shall be used by all U.S. Government personnel (civilian and military) to pay for costs incident to official business travel unless specifically exempted by authority of the Administrator of General Services or the head of the agency.

Government travel cardholders shall obtain cash, as authorized, through automated teller machines (ATM), rather than obtaining cash advances from a DoD disbursing officer.

REMARKS continued on next page

| 17. TRAVEL-REQUESTING OFFICIAL (Title and signature) | 18. TRAVEL-APPROVING/DIRECTING OFFICIAL (Title and signature) |
|---|---|
| | |

**AUTHORIZATION**

**19. ACCOUNTING CITATION**

667100^57^^8^3400^^30^^74^32^3A4400^01^^^^^409^^BD^667100^^^27479F^^^^^
740.06

| 20. AUTHORIZING/ORDER-ISSUING OFFICIAL (Title and signature) | 21. DATE ISSUED (YYYYMMDD)<br>20080225 |
|---|---|
| | 22. TRAVEL ORDER NUMBER<br>0S9ASY |

DD FORM 1610, JAN 2001    PREVIOUS EDITION IS OBSOLETE.

# TRAVEL VOUCHER OR SUBVOUCHER

Read Privacy Act Statement, Penalty Statement, and Instructions on back before completing form. Use typewriter, ink, or ball point pen. PRESS HARD. DO NOT use pencil. If more space is needed, continue in remarks. JPANCHORAGEAK030308 V01

**1. PAYMENT**
- [X] Electronic Fund Transfer(EFT)
- [ ] Split Disbursement. Amount to Government/Travel Charge Card $_____
- [ ] Payment by Check

**2. NAME** (Last, First, Middle Initial)(Print or type): PUTNAM, JEFFREY B.
**3. GRADE**: YA-03
**4. SSN**: [redacted]
**5. TYPE OF PAYMENT** (X as applicable): [X] TDY  [ ] PCS  [ ] Dependent(s)  [ ] Member/Employee  [ ] Other  [ ] DLA

**6. ADDRESS**
- a. NUMBER AND STREET: PO BOX 4651
- b. CITY: EIELSON AIR FORAK
- c. STATE: 
- d. ZIP CODE: 99702065

**e. E-MAIL ADDRESS**: jeff.putnam@eielson.af.mil

**7. DAYTIME TELEPHONE NUMBER & AREA CODE**: 907-377-5213
**8. TRAVEL ORDER NUMBER**: 0S9ASY
**9. PREVIOUS GOVERNMENT PAYMENTS/ADVANCES**: Travel Advance - 0.00

**10. FOR D.O. USE ONLY**
- a. D.O. VOUCHER NUMBER:
- b. SUBVOUCHER NUMBER:
- c. PAID BY:

**11. ORGANIZATION AND STATION**: 354 Civil Engineer - EIELSON A

**12. DEPENDENT(S)** (X and complete as applicable): ACCOMPANIED / UNACCOMPANIED

**13. DEPENDENTS' ADDRESS ON RECEIPT OF ORDERS** (Include Zip Code):

**14. HAVE HOUSEHOLD GOODS BEEN SHIPPED?** [ ] YES  [X] NO (Explain in Remarks)

**d. COMPUTATIONS**

## 15. ITINERARY

| a. DATE 2008 | | b. PLACE (Home, Office, Base, Activity, City, and State; City and Country, etc.) | c. MEANS/MODE OF TRAVEL | d. REASON FOR STOP | e. LODGING COST | f. POC MILES |
|---|---|---|---|---|---|---|
| 03/03 | DEP | RES: NORTH POLE, AK | CP-C | | | |
| 03/03 | ARR | ANCHORAGE, AK | | TD | | 50 |
| 03/03 | DEP | ANCHORAGE, AK | | | | |
| 03/03 | ARR | RES: NORTH POLE, A | | MC | | |

**e. SUMMARY OF PAYMENT**
- (1) Per Diem: 66.75
- (2) Actual Expense Allowance: 0.00
- (3) Mileage: 24.26
- (4) Dependent Travel: 0.00
- (5) DLA: 0.00
- (6) Reimbursable Expenses: 133.15
- (7) Total: 224.16
- (8) Less Advance: 0.00
- (9) Amount Owed: 0.00
- (10) Amount Due: 224.16

**16. POC TRAVEL**: [X] OWN/OPERATE  [ ] PASSENGER

**17. DURATION OF TDY TRAVEL**: 
- [ ] 12 HOURS OR LESS
- [X] MORE THAN 12 HOURS BUT 24 HOURS OR LESS
- [ ] MORE THAN 24 HOURS

## 18. REIMBURSABLE EXPENSES

| a. DATE | b. NATURE OF EXPENSE | c. AMOUNT | d. ALLOWED |
|---|---|---|---|
| 03/03 | Lodging Late | 75.00 | |
| 03/03 | Hotel Room T | 9.00 | |
| 03/03 | Gasoline-Ren | 2.50 | |
| 03/03 | Parking - Te | 9.50 | |
| 03/03 | Commercial A | 37.15 | |

**19. GOVERNMENT/DEDUCTIBLE MEALS**
| a. DATE | b. NO. OF MEALS | a. DATE | b. NO. OF MEALS |
|---|---|---|---|

**20. a. CLAIMANT SIGNATURE**:  **b. DATE**:  **c. SUPERVISOR SIGNATURE**:  **d. DATE**:

**21. a. APPROVING OFFICER SIGNATURE**:  **b. DATE**:

**22. ACCOUNTING CLASSIFICATION**: ACCOUNTING CLASSIFICATIONS continued on CONTINUATION page

**23. COLLECTION DATA**:

**24. COMPUTED BY**:  **25. AUDITED BY**:  **26. TRAVEL ORDER POSTED BY**:  **27. RECEIVED** (Payee Signature and Date or Check No.):  **28. AMOUNT PAID**: 224.16

DD FORM 1351-2, JUL 2002   PREVIOUS EDITION IS OBSOLETE.   Exception to SF 1012 approved by GSA/IRMS 12-91

# JPMorganChase

**MEMO STATEMENT**
**THIS IS NOT A BILL**

JPMORGAN CHASE BANK NA
PO BOX 2030
MAIL SUITE IL1-6225
ELGIN IL 60121

ACCOUNT NUMBER

2008 MAR 20 AM 10:05   STATEMENT DATE   03-13-08

RECEIVED   NET CHARGES   $744.87
US ATTORNEY OFFICE

"I certify that these goods and/or services were received on 3/21/08 (date) and accepted on 3/21/08 (date). Oral purchase was authorized and no confirming order has been issued."
Signature: [signed]
Date: 3/21/08
Joann Lillo/NW Specialist
Printed or Typed Name and Title

31306 AK FACT
JOANN LILLO
222 WEST 7TH AVE #9 RM 253
ANCHORAGE AK 99513-7500

For reconciliation purposes only

JOANN LILLO
ACCOUNTING CODE:

AGENCY/ORG ID

[signature] 3/26/08

STATEMENT MESSAGES

| Post Date | Tran Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 02-22 | 02-11 | 426100044733 Memo Transaction P.O.S.: | ALASKA A CITY INDUSTRY CA  SALES TAX: $0.00 | 497.51CR |
| 03-12 | 03-11 | 207948700038 Memo Transaction P.O.S.: | OMEGA WORLD TRAVEL-NC 9104552002 NC  SALES TAX: $0.00 | 389.49CR |
| 03-03 | 02-28 | 426300002432 Memo Transaction BORDEN/LINDA P.O.S.: SALES TAX: $0.00 FAI AS Y ANC AS Y FAI | ALASKA A 02771599397033 CITY INDUSTRY CA  DEPARTURE: 03-04-08 | 389.49 |

Shakespeare ok
S. Cooper ok

CUSTOMER SERVICE CALL
1-888-297-0781

LOST/STOLEN CARDS CALL
1-888-297-0782

SEND BILLING INQUIRIES TO:
JPMORGAN CHASE BANK NA
FEDERAL CARD
P.O. BOX 2015
MAIL SUITE IL1-6225
ELGIN, IL 60121

ACCOUNT NUMBER
5568-2600-0000-8436

STATEMENT DATE:
03/13/08

| ACCOUNT SUMMARY | |
|---|---|
| PURCHASES & OTHER CHARGES | 1,631.87 |
| CASH ADVANCES | .00 |
| CREDITS | 887.00 |
| CASH ADVANCE FEE | .00 |
| **NET CHARGES** | **$744.87** |
| DISPUTE AMOUNT | .00 |

PAGE 1 OF 2

**ALASKA CAB**  222-2222
☐ Cash ☐ Credit Card ☐ Check
PASSENGER'S RECEIPT, TAXICAB FARE
Date: 03/04/08
To: AFB
From:
Total: $25
Driver's Name: Timmy
Cab Number: 150

**ALASKA CAB**  222-2222
☒ Cash ☐ Credit Card ☐ Check
PASSENGER'S RECEIPT, TAXICAB FARE
Date: 3-4-08
To: 5th and A
From: August
Total: $25.00
Driver's Name:
Cab Number:

320 West 5th Ave.
Anchorage, AK 99501
(907) 258-2882

Server: Shift           03/04/2008  1:16 PM
T2/1                              10005
Guests: 1

Iced Tea                           2.25
Sullivan's Steak Sandwich         13.00

Sub Total                         15.25
Tax                                0.00

Total                             15.25

Balance Due                       15.25

Susan,
These are the receipts that I have filed for with AAFES. If you have any concerns please let me know.

Regards,
Linda Borden