NELSON  P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HAZEL CRAWFORD,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA<br><br>        Defendant. | Case No. 4:03-cv-00040-RRB<br><br><br>**NOTICE OF COST BILL HEARING** |

        The United States, through counsel, has submitted its bill of costs with this

Notice.  A cost bill hearing will be held before Clerk Ida Romack, on May 29, 2008,

at 10 a.m. at the clerk's office in the Federal Courthouse at Anchorage, Alaska.  The

Plaintiff may appear in person, or telephonically by calling the Clerk's Office at (907)

Crawford v. U S
4:03-cv-40-RRB

6101, to object to any costs requested.  The Plaintiff may also object in writing before

the hearing.

Respectfully submitted this 23th day of May, 2008, in Anchorage, Alaska.


NELSON P. COHEN
United States Attorney

s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053


**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2008
a copy of the foregoing **NOTICE OF
COST BILL HEARING** was served
electronically on Tim Cook.

s/ Susan J. Lindquist