NELSON P. COHEN
United States Attorney

SUSAN LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HAZEL CRAWFORD,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA<br><br>        Defendant. | Case No. 4:03-cv-00040-RRB<br><br>**JOINT STIPULATION TO DISMISS COST BILL IN EXCHANGE FOR FOREGOING ANY APPELLATE RIGHTS** |

Defendant, United States, through counsel, and Plaintiff, Hazel Crawford, through counsel jointly stipulate to the following:

1. The United States stipulates to dismiss the cost bill filed at Docket 81 and to vacate the hearing set for June 9, 2008.

2. Hazel Crawford stipulates to forego her right to appeal the judgment at Docket 80.

Respectfully submitted this 10th day of June, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

Date: June 10, 2008         s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

COOK & ASSOCIATES

Date: June 10, 2008         s/ Tim O. Cook
3901 Taiga Drive
Anchorge, AK 99516
Phone: (907)336-5291
Fax: (907) 336-5292
E-mail: lia@ak.net
AK #9007048