IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HAZEL CRAWFORD,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 4:03-cv-00040-RRB<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS COST BILL IN EXCHANGE FOR FOREGOING ANY APPELLATE RIGHTS** |

The United States of America, through counsel, stipulated to dismiss the cost bill filed at Docket 81 and to vacate the hearing set for June 9, 2008. The Plaintiff, Hazel Crawford, stipulated to forego her right to appeal the judgment at Docket 80. The joint stipulation is hereby GRANTED.

June 10, 2008
(DATE)

RALPH R. BEISTLINE
United States District Court Judge